1  Rodney M. Perlman, Esq. (Bar No. 98663)
   WEHNER AND PERLMAN, LLP
2  1919 Santa Monica Blvd., Suite 1120
   Santa Monica, CA 90404
3  e-mail: rperlman@wehnerandperlman.com
   Phone: (310) 453-4220
4  Fax:   (310) 453-4230
   Attorneys for Defendant Michael Aguirre
5

6  Gregory G. Petersen (Bar No. 77744)
   Christopher D. Nissen (Bar No. 202034)
   Michael Anthony Jenkins (Bar No. 171958)
7  Stepheney R. Windsor (Bar No. 242125)
   CASTLE, PETERSEN & KRAUSE LLP
8  Attorneys at Law
   4675 MacArthur Court, Suite 1250
9  Newport Beach, CA 92660
   E-mail: attorney@cpk-law.com
10 Telephone: (949) 417-5600
   Facsimile: (949) 417-5610
11 Attorneys for Plaintiffs Erica Aaron et al.

FILED
06 SEP 18 AM 9:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL AGUIRRE, et al., <br><br> Defendants. | CASE NO. 06 CV 1451 MLH (RBB) <br><br> APPLICATION FOR ORDER EXTENDING TO OCTOBER 8, 2006 THE CUTOFF DATE FOR DEFENDANT MICHAEL AGUIRRE TO FILE A RESPONSIVE PLEADING OR MOTION TO THE COMPLAINT, AND STIPULATION RE NON-OPPOSITION AND SERVICE OF PLEADINGS AND MOTIONS; ORDER [PROPOSED] |

1. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 12.1, Defendant Michael Aguirre applies to the Court for an order extending to October 8, 2006 the cutoff date for Defendant Michael Aguirre to serve and file a responsive pleading or motion to the Complaint.

2. Plaintiffs Erica Aaron et al. ("Plaintiffs"), by and through their counsel below, stipulate they will not oppose this application.

3. Defendant Michael Aguirre, by and through its counsel below, stipulates that in

1 the interim period henceforth to the filing of its responsive pleading or motion, any application or amended pleading filed with the Court may be served on counsel Defendant Michael Aguirre named below.

4. Good cause exists for granting relief applied for because the purpose of the extension is to align the date for a response by Defendant Michael Aguirre to the response due date for Defendants City of San Diego and Individual Defendants are now required to respond under the Court's order of August 16, 2006.

5. Based on the foregoing, it is respectfully submitted this application should be granted and made the order of the Court.

So applied for:

Dated: ~~August~~ September 14, 2006

WEHNER AND PERLMAN, LLP

By /s/ Rodney M. Perlman
Rodney M. Perlman
Attorneys for Defendant Michael Aguirre

So stipulated:
Dated: August __, 2006

CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law

By _____
Gregory G. Petersen
Christopher D. Nissen
Michael Anthony Jenkins
Stepheney R. Windsor
Attorneys for Plaintiffs Erica Aaron et al.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO
SD\545725.2

06 CV 1451 JM (RBB)
2 STIPULATED ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

## ORDER

Having consider the attached application and stipulation of the parties, the Court finds good cause to grant the relief requested; therefore,

IT IS ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 12.1, the cutoff date for Defendant Michael Aguirre to serve and file a responsive pleading or motion to the Complaint in this action is extended to October 8, 2006.

2. During the interim period henceforth to the filing by Defendant Michael Aguirre of a responsive pleading or motion to the Complaint, any application or amended pleading filed with the Court may be served on counsel for Defendant Michael Aguirre, named above.

SO ORDERED.

DATED: 9/15/06

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\545725.2

3   STIPULATED ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

06 CV 1451 JM (RBB)

## Certificate of Service

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles State of California. I am over the age of 18 and not a party to the within action. My business address is 1919 Santa Monica Blvd., Suite 210, Santa Monica, CA 90404

On September 14, 2006, I served the foregoing document[s] in Attachment A by serving a true and correct copy of the above describe document[s] in the following manner: Please see Attachment A
on interested parties in this action by placing   { x }   a true copy thereof enclosed in sealed envelopes addressed as stated below:

Please See Attachment B

**X BY MAIL:**
X   I deposited such envelope in the mail at Santa Monica, California.

___ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence and documents for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

___ **BY FACSIMILE** I transmitted a true copy of said document by facsimile machine, pursuant to Rule 2005. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(k), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Said fax transmission(s) was/were completed on the above date.

___ **BY PERSONAL SERVICE:** I caused to be delivered the envelope by hand to the offices of the addressee.

___ I caused such envelope to be delivered by hand to the offices of the addressee(s) **VIA Federal Express** addressed as follows:

I declare that I am employed in the office of a member of the bar of this Court, or permitted to practice before this Court, at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 14, 2006, at Santa Monica, California.

f:6792\Pleading\AguirreCertificate of Service          2
Certificate of Service
Case No.: 06 CV 1451 MLH (RBB)

## ATTACHMENT A

1. APPLICATION FOR ORDER EXTENDING TO OCTOBER 8, 2006 THE CUTOFF DATE FOR DEFENDANT MICHAEL AGUIRRE TO FILE A RESPONSIVE PLEADING OR MOTION TO THE COMPLAINT, AND STIPULATION RE NON-OPPOSITION AND SERVICE OF PLEADINGS AND MOTIONS; ORDER [PROPOSED]; and

3. Certificate of Service

**Attachment B**
**(Parties Served)**

Michael Anthony Jenkins, Esq.
Rex Hwang, Esq.
Castle, Peterson & Krause LLP
Attorneys at Law
4672 MacArthur Court, Suite 1250
New Port Beach CA 92660

Peter Benzian
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

Richard A. Vitek
Seltzer Caplan McMahon Vitek
Symphony Towers
750 B Street
San Diego, CA 92101

Robert E. Gooding, Jr.
Martha K. Gooding
Stephen R. Cook
Howrey LLP
2020 Main Street,
Suite 1000
Irvine, CA 92614

f:6792\Pleading\AguirreCertificate of Service

i

Certificate of Service

Case No.: 06.CV 1451 MLH (RBB)