# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>MICHAEL AGUIRRE, et al.,<br><br>    Defendants. | CASE NO. 06-CV-1451-H(POR)<br><br>**ORDER VACATING HEARING ON KPMG LLP'S MOTION TO DISMISS** |

Plaintiffs originally filed this action on July 18, 2006. (Doc. No. 1.) The Court had scheduled a hearing on Defendant KPMG LLP's motion to dismiss for October 16, 2006 at 10:30 a.m. On September 18, 2006, the Court received Plaintiffs' first amended complaint, and as of the date of this order, KPMG LLP has not filed a motion to dismiss. Accordingly, the Court vacates the October 16, 2006 hearing on KPMG LLP's motion to dismiss.

IT IS SO ORDERED.

DATED: September 21, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**
Christopher D. Nissen
Castle Petersen and Krause
4675 MacArthur Ct., Suite 1250
Newport Beach, CA 92660

Donald H. McGrath
Office of the City Attorney
Criminal Division
1200 Third Ave., Suite 1100

Peter H. Benzian
Latham & Watkins
600 W. Broadway, Suite 700
San Diego, CA 92101

Matthew M. Mahoney
Seltzer Caplan McMahan Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101

Martha K. Gooding
Howrey Simon Arnold and White
2020 Main St., Suite 1000
Irvine, CA 92614