```
REG A. VITEK, ESQ. (SBN 041166)
MATTHEW M. MAHONEY, ESQ. (SBN 211184)
SELTZER CAPLAN McMAHON VITEK
750 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 685-3003
Facsimile:  (619) 685-3100
```

Attorneys for Defendant San Diego City Employees' Retirement System

FILED
2006 OCT 23 AM 9:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON; ET AL.<br><br>            Plaintiffs,<br><br>vs.<br><br>MICHAEL AGUIRRE; ET AL.<br><br>            Defendants. | Case No. 06-CV-1451 H (POR)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME<br>FOR DEFENDANT SDCERS TO<br>RESPOND TO COMPLAINT |

Counsel for Defendant San Diego City Employees' Retirement System ("SDCERS") and counsel for Plaintiffs Aaron, et al., come before this Court with the following stipulation and request for an order thereon:

WHEREAS, on August 23, 2006, Plaintiffs served on Defendant their Complaint in this Action with a request for waiver of service, which was granted by SDCERS; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), SDCERS time to respond to that Complaint falls on October 20, 2006; and

WHEREAS, Plaintiffs filed a First Amended Complaint which did not alter the response date for SDCERS pursuant to Federal Rule of Civil Procedure 15(a); and

1  WHEREAS, counsel for Plaintiffs has indicated that it has requested leave of the Court to file a Second Amended Complaint, which amendment could alter the nature and/or type of response by SDCERS; and

WHEREAS, the parties agree that it would be an unwise expenditure of resources both of the parties and the Court to compel SDCERS to respond to the First Amended Complaint if the response might be muted by the Second Amended Complaint;

IT IS THEREFORE STIPULATED BY AND BETWEEN PLAINTIFFS AND SDCERS THAT:

(1)  SDCERS shall not be obligated to file its response to the First Amended Complaint on October 20, 2006; and

(2)  If the Court grants leave to Plaintiffs to file a Second Amended Complaint, SDCERS will respond to that Second Amended Complaint according to the Federal Rules of Civil Procedure after service of the Second Amended Complaint; and

(3)  If the Court denies leave to Plaintiffs to file a Second Amended Complaint, SDCERS will respond within 10 calendar days following notice of that denial.

IT IS SO STIPULATED.

Dated: 10/19, 2006

SELTZER CAPLAN McMAHON VITEK,
A Law Corporation

By: _____
Reg A. Vitek
Matthew M. Mahoney
Attorneys for Defendant San Diego City Employees' Retirement System

| | | |
|---|---|---|
| 1 | Dated: Oct 18, 2006 | CASTLE, PETERSEN & KRAUSE LLP |
| | | |
| | | By: _____ |
| | | Christopher Nissen |
| | | Attorneys for Plaintiff San Diego Police Officers Association |

## ORDER

The Court, considering the foregoing stipulation of the parties, finds good cause to grant the relief requested, therefore,

IT IS ORDERED that:

(1) SDCERS shall not be obligated to file its response to the First Amended Complaint on October 20, 2006; and

(2) If the Court grants leave to Plaintiffs to file a Second Amended Complaint, SDCERS will respond to that Second Amended Complaint according to the Federal Rules of Civil Procedure and Local Rules or scheduling order of the court after service of the Second Amended Complaint; and

(3) If the Court denies leave to Plaintiffs to file a Second Amended Complaint, SDCERS will respond within 10 calendar days following notice of that denial.

**IT IS SO ORDERED.**

Dated: Oct. 20, 2006

_____
The Honorable Marilyn L. Huff
United States District Judge