# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br><br><br>MICHAEL AGUIRRE, et al.,<br><br>　　　　　Defendants. | CASE NO. 06-CV-1451-H(POR)<br><br>**ORDER:**<br>**(1) GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>**(2) DENYING KPMG'S MOTION TO DISMISS AS MOOT WITH LEAVE TO REFILE**<br>**(3) SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS** |

   Plaintiffs filed their first amended complaint ("FAC") on September 15, 2006. (Doc. Nos. 49 & 50.)  Defendant KPMG filed a motion to dismiss the FAC on September 25, 2006.  (Doc. No. 55.)  Defendant City of San Diego and the individual Defendants filed a motion to dismiss the FAC on October 10, 2006.  (Doc. No. 62.)  Defendant Michael Aguirre filed a motion to dismiss the FAC on October 10, 2006. (Doc. No. 65.)

   On October 19, 2006, Plaintiffs filed an ex parte application for leave to file a second amended complaint ("SAC").  (Doc. No. 70.)  Defendant KPMG filed its opposition to Plaintiffs' ex parte application on October 23, 2006.  (Doc. No. 72.)

On October 24, 2006, the Court held a telephonic hearing regarding scheduling the various motions to dismiss. Christopher Nissen appeared for Plaintiffs, Peter Benzian appeared for Defendant City of San Diego and the individual Defendants, Matthew Mahoney and Reg Vitek appeared for Defendant SDCERS, Rodney Perlman appeared for Defendant Michael Aguirre, and Martha Gooding and Stephen Cook appeared for Defendant KPMG.

The Federal Rules of Civil Procedure direct that leave to amend shall be freely given, and thus, for good cause shown, the Court **GRANTS** Plaintiffs' ex parte application. Accordingly, Plaintiffs' SAC is filed October 19, 2006, nunc pro tunc. In light of Plaintiffs' filing the SAC, the Court **DENIES** KPMG's motion to dismiss the FAC as moot with leave to refile. (Doc. No. 55.)

As counsel represented during the telephonic hearing on October 24, 2006, because the allegations in the SAC only differ from the FAC as to Defendant KPMG, Defendant Aguirre, Defendant City of San Diego, and the individual Defendants requested that the Court deem their previously filed motions to dismiss the FAC as their opposition to the SAC. Accordingly, the Court **ORDERS** that Defendant Aguirre's motion to dismiss the FAC shall be his response to the SAC. (Doc. No. 65.) Similarly, the Court **ORDERS** that Defendant City of San Diego and the individual Defendants' motion to dismiss the FAC shall be their response to the SAC. (Doc. No. 62.)

As stated in the telephonic hearing on October 24, 2006, the Court sets the following briefing schedule and hearing date on the parties' motions to dismiss:

1.  Plaintiffs' opposition to Defendant Aguirre's motion to dismiss the SAC shall be filed on or before **November 8, 2006**. Similarly, Plaintiffs' opposition to Defendant City of San Diego and the individual Defendants' motion to dismiss the SAC shall be filed on or before **November 8, 2006**. Defendants shall file any reply to either motion on or before **November 15, 2006**.

2.  Defendant KPMG shall file its response to the SAC on or before **November 3, 2006**. Similarly, Defendant SDCERS shall respond to the SAC on or

before **November 3, 2006**. Plaintiffs shall file their opposition on or before **November 17, 2006**. Defendants KPMG and SDCERS shall file any replies on or before **November 28, 2006**.

3. The Court shall hold a hearing on the various motions to dismiss on **Monday, December 4, 2006 at 10:30 a.m**. Counsel may appear by telephone, but must notify the Court prior to the hearing. The Court **VACATES** the hearing on motions to dismiss previously scheduled for November 13, 2006.

IT IS SO ORDERED.
DATED: October 24, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**
Christopher D. Nissen
Castle Petersen and Krause
4675 MacArthur Ct., Suite 1250
Newport Beach, CA 92660

Donald H. McGrath
Office of the City Attorney
Criminal Division
1200 Third Ave., Suite 1100
San Diego, CA 92101

Rodney Perlman
Wehner and Perlman, LLP
1919 Santa Monica Blvd., Suite 1120
Santa Monica, CA 90404

Peter H. Benzian
Latham & Watkins
600 W. Broadway, Suite 700
San Diego, CA 92101

Reg Vitek
Matthew M. Mahoney
Seltzer Caplan McMahan Vitek
750 B Street, 2100 Symphony Towers
San Diego, CA 92101

Martha K. Gooding
Stephen Cook
Howrey Simon Arnold and White
2020 Main St., Suite 1000
Irvine, CA 92614