# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON, et al., <br><br> Plaintiffs, <br> vs. <br><br> MICHAEL AGUIRRE, et al., <br><br> Defendants. | CASE NO. 06-CV-1451-H(POR) <br><br> **ORDER REGARDING PROCEEDINGS HELD ON OCTOBER 23, 2006** |

Plaintiffs filed their first amended complaint ("FAC") on September 15, 2006. (Doc. Nos. 49 & 50.) Defendant KPMG filed a motion to dismiss the FAC on September 25, 2006. (Doc. No. 55.) On October 19, 2006, Plaintiffs filed an ex parte application for leave to file a second amended complaint ("SAC"). (Doc. No. 70.) Defendant KPMG filed its opposition to Plaintiffs' ex parte application on October 23, 2006. (Doc. No. 72.)

The Court had previously scheduled oral argument on KPMG's motion to dismiss the FAC for Monday, October 23, 2006 at 10:30 a.m. On Friday, October 20, 2006, in light of Plaintiffs' application for leave to file the SAC and KPMG's notice of intent to file an opposition to Plaintiff's application, the Court notified counsel for KPMG and Plaintiffs that the October 23, 2006 hearing on KPMG's motion to dismiss the FAC was off the calendar. Donald McGrath, counsel for Defendant Michael Aguirre, Matthew Mahoney, counsel for Defendant SDCERS, and Peter Benzian,

1  counsel for Defendant City of San Diego and the individual Defendants, appeared
2  before the Court on Monday, October 23, 2006. The Court informed the parties in
3  attendance that it had taken the hearing on KMPG's motion to dismiss the FAC off the
4  calendar and indicated that it would be entering a scheduling order to coordinate
5  briefing and a hearing on the various motions to dismiss. Along with a copy of this
6  order, the Court has provided a transcript of the proceedings to Plaintiffs and KPMG.

7  IT IS SO ORDERED.

8  DATED: 10/25/06

9  _____
   MARILYN L. HUFF, District Judge
10 UNITED STATES DISTRICT COURT

**Copies To:**
Christopher D. Nissen
Castle Petersen and Krause
4675 MacArthur Ct., Suite 1250
Newport Beach, CA 92660

Donald H. McGrath
Office of the City Attorney, Criminal Division
1200 Third Ave., Suite 1100
San Diego, CA 92101

Peter H. Benzian
Latham & Watkins
600 W. Broadway, Suite 700
San Diego, CA 92101

Reg Vitek
Matthew M. Mahoney
Seltzer Caplan McMahan Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101

Martha K. Gooding
Stephen Cook
Howrey Simon Arnold and White
2020 Main St., Suite 1000
Irvine, CA 92614