Alim Malik, Bar No. 145546
amalik@jdtplaw.com
Christopher D. Nissen, Bar No. 202034
cnissen@jdtplaw.com
Steve J. Colella, Bar No. 249607
scolella@jdtplaw.com
**JACKSON, DeMARCO, TIDUS & PECKENPAUGH**
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

Attorneys for Plaintiffs, ERICA AARON, et al.

FILED
OCT 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AARON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL AGUIRRE, ET AL.,<br><br>Defendants. | CASE NO. 06-CV-1451 H (POR)<br><br>Judge: Hon. Marilyn L. Huff<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs and Appellants Sabin Abrams, Albert Ackert, James Ackley, Kristen B. Adams, Lori Adams, Robert Adauto, R. Elizabeth Addington, Laurie Agnew, Armando R. Aguilar, Christina Aguilar, Jason Aguilar, Richard Aguilar, Edward R. Aguirre, Michael Aiken, Leslie Albrecht, Daniel T. Albright, Donald Albright, Kevin Ammon, Annette Anderson, Tom Andrews, Oscar Armenta, Scott J. Armstrong, James W. W. Arthur, Christopher Asbell, Wesley R. Ashcraft, Michael R. Asher, Anthony Atkins, Robert Atwood, Edward Austin, John Austin, John B. Bailey, Ronald W. Bailiff, Todd R. Baker, Vincent Bales, Joseph Bane, Amber G. Banning, Robert Banuelos, Robert J. Barack, Scott Barnes, Suzie Barney, Tracey L. Barr, Scott D. Bartolomei, Tina Bassett, Tod E. Bassett, Jana Beard, David Beathard, Alvin A. Beckett, Paul J. Becotte, Steven Behrendt, Gerald Berner, Steve W. Bernier, Meryl Bernstein, Larry Beveridge, Victoria M. Binkerd, Dean R. Bishop, Richard Bittner, Betty Bixby, Carlton F. Black, Jeffrey Blackford, Brian Blagg, Thomas M. Boerum, Daniel W. Boldt, Donald J. Borinski, Thaddeus Borkowski, Tom Bostedt, Matthew Botkin, Steven Bourasa, Art Bowen, Gary L. Bowen, Vernon C. Bowman, James Boyd, Phillip Bozarth, Douglas M. Braca, Frank P. Bradley, Cindy Brady, Tracy Braun, Glenn A. Breitenstein, Daniel Brent, David T. Bridgman, Paul Brinkerhoff, Russell Bristol, Michael Brogdon, James A. Brooks, Ronald Broussard, Neal N. Browder, Jon M. Brown, Peter Brown, Robert D. Brown, Ronald O. Brown, William L. Brown, William M. Brown, Joy M. Brugman, Michael Brustein, Terrence Bryan, Mark Bua, Richard Bulette, John Buono III, Deborah Burger, Randy Burgess, Christina Burhans, David W. Burke, Brett Burkett, Josh Burkhardt, Daniel A. Burow, Geoff Burr, John Buttle, Christopher Buxton, Bruce T. Byrd, Laurie Cairncross, John Call, Arthur L. Calvert, Chris M. Cameron, Janet M. Campbell, Ruth s. Cardona, Theodore Carignan, Hector S. Carlos, Karrie Carlson, Mark Carlson, Richard J. Carlson, Thomas Carlyon, Daniel Caropreso, John Carpenter, Robert T. Carroll, D'Ann

Carter, Jeffery S. Carter, William J. Carter, James F. Cash, Cesar Castro, Ricky F. Castro, Rudy Castro, Arthur H. Cavada, David Cavanaugh, Misty Cedrun, Daniel Cerar, Jesus G. Cesena, Mary M. Champagne, John Chaney, Nagy Charles, Jose Chavez, Steven Chelby, Jon Cherski, James H. Chiles, Jeffrey Chione, Raphael Cimmarrusti, Dolores M. Cirino, Robert Clanton, James Clark, Joseph Clark, Robert D. Clark, James H. Clem, William Clem, James R. Clift, Michael A. Clippinger, C. J. Cloniger, Albert Coburn, John Cochran, Jr. , Dennis F. Coffer, Rex Cole, James C. Collins, Bernie T. Colon, Victor S. Colvin, Robert Connaughy, Paul Joseph Connelly, Sean R. Conway, Lloyd Cook, Patrick J. Cooley, Noe F. Cordero, Gary Corner, Henry Corrales, Jason M. Costanza, Deborah A. Cotellessa, Carol V. Council, Timothy Coyle, Meghan Cranston, Marco Crisostomo, Jerrilove M. Crockett, Robert Cruz, Peter H. Cruz, William L. Cuddy, Celso G. Cueva, James Culligan, Laurie Curran, Mariusz Czas, Denise Dailey, Leroy Dailey, Josephine Dains, Scott Daniels, Robert W. Dare, Darby Darrow, Robert Daun, Lisa K. Davies, Chuck Davis, Kelly Davis, Richard E. Davis, William Davis, Jr. , Dean L. Davison, Colin K. Day, Michael Day, William Day, Deana De Los Reyes, Michael J. Dean, Bruce C. DeBord, Jonathan Deguzman, Maria Isabel Delgadillo, Roberto Delgadillo, Constandinos Delimitros, John M. DeLoach, Patrick R. Derning, Edward A. Devowe, James F. Dickinson, Steve Dickinson, John R. Didelot, Daniel W. Dierdorff, Roy Doakes, Matthew Dobbs, Donrinda K. Dodd, Donald J. Dolezal, James Dollins, Dennis Doremus, Marianne Dougherty, Ronald H. Dougherty, David F. Douglas, Stephen C. Douglas, Robert S. Drew, Arthur W. Dubois, Brett A. Dudley, Kevin c. Duffy, Jeffrey Dunn, Anthony Dupree, Joseph M. Durand, Jeremy Durrant, Steven Dyer, Donna Eastep, Joyce Edgar, Elmer M. Edwards, Frederick G. Edwards, Michael Edwards, Randal W. Eichmann, Antoine ElAssis, Roland Elkins, Christopher I. Ellis, Shari L. Ellithorpe, William Ellithorpe, Bradley D. Elow, Darryl Emerson, Hector Emerson, Ernesto Encinas, Keith Enerson, James D. English, Richard D. Ensign, Julie Epperson, Steven S. Epperson, Edward Erbe, Manuel Escalante III, Eduardo Escamilla, Christopher C. Escudero, Robert C. Fabregas, Bill

Farrar, Debra Farrar, Tim Faubel, Paul Fay, David L. Felkins, Michael J. Fender, James Filley, Robert Filley, Robert Finch, Rodney W. Fischer, Dale Flamand, Michael Flanagan, Gregory Flood, Raul I. Flores, Gilbert Flores Jr. , John Flynn, Roberta Flynn, James M. Ford, Colin Forsey, Natalie Fortier, Richard Fortuna, Robert M. Fowler, Richard Fox, Phillip Franchina, Reginald F. Frank, Brian French, Brian J. Freymueller, Deborah Freymueller, Andrea Furst, Robert A. Furtak, Mark S. Gain, Brandon Gaines, Richard Garcia, Ronald R. Garcia, Ralph J. Garcia, Edwin Garrette, George E. Garvey, Mark Gasteiger, Ryan Gault, James R. Gee, John P. Gener, Frank Gerbac, Frederick R. Gerke, David K. Gibson, Cory e. Gilmore, Casey D. Gini, Dewayne Glazewski, Brian Goldberg, James G. Golembiewski, Florante Gonzales, Tristan Gonzalez, Derrel L. Goodner, Michael v. Gordon, Scott Gosnell, William M. Graham, Richard Grano, Roger Grano, Scott Greenwood, Mary K. Gressel, William T. Griffin, Eric Groeger, Jeff Gross, Daniel Grubbs, Kurt L. Grube, Martin Guerra, Mark Haas, Brenda M. Hairston, Michael A. Haley, Daniel G. Hall, Lawrence Hall, Richard A. Hansen, John Harberth, Levi Harbin, Corrine Hard, Joseph Harper, Paul A. Harris, Lisa A. Hartman, Mike Hartman, Aaron Harwick, Michael Hastings, Ramona Hastings, Daniel Hatfield, Daniel C. Hattler, Robert Hawkins, Eric Hays, Alan Hayward, Michael S. Healey, Patrick Heller, John Hendrix, Robert C. Hendrix, Randall Henrizi, Matthew Henry, Shaun P. Henry, Michael Hentigan, James K. Heppell, Israel Hernandez, Nestor Hernandez, Carlton Hershman, Bryan Hewitt, Byron Hibshman, David Hickey, Roger Higgins, Wade S. High, Gary D. Hildreth, Gary Hill, Randall B. Hill, Thomas E. Hoenes, Ken Hofer, Lloyd Hoff, Mike Holden, Scott Holden, Stephen Holliday, Danny Hollister, Paul Holman, William B. Holmes, Richard E. Holmstrom, Scott R. Holslag, Joel g. Hoolihan, Perry L. Hooper, Darryl Hoover, William M. Hoover, Robert Hovey, John P. Howard, Larry S. Howell, Phillip D. Hubbs, Paul Hubka, Charles M. Hudgins, Roy B. Hulbert, Gregg M. Humphrey, James C. Hunter, Robert A. Hurt, David Hustad, John J. Huys, John Iammarino, David Iorillo, Brian A. Jackson, Corinne Jackson Queen, Jay M. Jacob, Jane Jacobsen, Todd T. Jager, Jason S. Jarrells, Thomas R.

Jauregui, David Jebb, Scott E. Jedlicka, Donna Jennes, David Jennings, John William Jillard, Jerome Joaquin, Louis B. Johns, Janine N. Johnson, Jeffrey M. Johnson, Luke T. Johnson, Matthew J. Johnson, Rodney C. Johnson, Sarah Johnson, Edward V. Jones, James W. Jones, Thomas R. Jones, Jeffrey Jordon, Marc Jose, Monica Kaiser, Daniel Karsh, Theodore M. Kasinak, Edward Kaszycki, George C. Kathan, Chuck Kaye, Timothy Keating, Brian L. Keaton, Johnny F. Keene, David Keesling, Nicholas Kelbaugh, William Kellner, James L. Kennedy, Francis L. Kenney, Donald C. Kepner, Jacob Kern, David Kersch, Bruce E. Kertson, Jason L. Kessel, Mark L. Keyser, Christopher Kilby, Sandra Kirkendall, Winford Dale Kitts, Jack Knish, Anna M. Knuth, Phillip Paul Konz, Johni Kosugi, Franklin Kral, Jr. , Denny K. Kremer, David K. Kries, Cal Krosch, Nancy Kulinski, Mark V. Kunde, Edward Kunold, James A. Kurupas, Darrell Kyler, Demeterios Kyres, Howard LaBore, Carlos Lacarra, Sandra Lachapelle, Patrick A. P. Laco, David Landman, Terry Lange, Charles Lara, Daniel Lasher, Stephen Laursen, Scott M. Lawford, Brooke Lawson, Daniel Leach, James Lee, Tony C. Lee, Gordon R. Leek, William E. Leffler, Sandi Lehan, Larry Leiber, Patrick A. Lenhart, Jorge Leon, Alberto H. Leos, Brian J. Leribeus, John Levan, Randon Levitt, Robert L. Lewis, Jack T. Lilly, Lawrence Lindstrom, James Livesey, Robert Lobato, Henry J. Lobec, James W. Long, Tim Long, Jesse W. Lopez, Joseph A. Lopez, Gene C. Louks, Denis R. Love, Jonathan Lowe, Brian Lucchesi, Chris M. Luce, Ernesto Luna, Daniel D. Luth, Charles D. Lyall, Albert B. Macawili, Edward a. MacConaghy, Gary MacPhee, Bertha MacTiernan, Richard Maler, David Maley, Cory Mapston, Charles Marciniak, Stephen G. Margetts, Terry M. Marquez, Lynn Sue Martin, Boris Martinez, Chrissy Martinez, Ruben Martinez, Rudy Martinez, Brian R. Marvel, Michael Maschmeier, Albert Massey, Kathleen Mauzy, Ralph C. Mauzy, Melvin Maxwell, Roger McCarvel, Terry McClain, Benjamin McCurry, Allen McDonald, Robert R. McDonald, Adam L. McElroy, Guy McElroy, Sharon McFalls, James McGhee, John McGill, Laura McGowan Minto, Perry L. McIvor, Billy L. McKinney, Patrick J. McLarney, Scott D. McLellan, Michael D. McLeod, Steve L. McMillian, Joel

McMurrin, Sharon McNair, Roger McNeill, Robert M. McQuien, Robert Meisner, Maura Mekenas Parga, Skip Melhorn, Rudolph S. Merhar, Leslie C. Merrill, Robert Metz, Richard D. Metz, Cindy Meyer, David R. Michalek, Debra s. Michalek, Mark A. Michel, Carmi D. Miles, David Miller, Derek T. Miller, Doug Miller, Jeffrey Miller, Michael S. Miller, Jerald E. Mills, Julie R. Mills, Ameilia Lynn Mitclaf, Gary E. Mitrovich, Michael James Mobley, Fred Moeller, Joseph W. Molinoski, Michael A. Moller, Gary Mondesir, Charles Montierth, Diann Moody, Jerry Moody, Roy Moody, Brian D. Moore, James Moore, Robert Mora, Miguel P. Morales, Peter A. Morales, Ray Morales, Michael S. Moran, Anthony Morasco, Larry Moratto, Wende Eckard Morris, Cynthia Morrison, James D. Morrison, Scott A. Morrison, Jay Moser, Jacob Mosteller, Kevin Moyna, John Mullen, Cindy Munoz, Juan Munoz, George T. Muren, William P. Murphy, Gregory J. Myers, Craig L. Myrom, Clint R. Nafey, Jeffrey Napier, Raymond Natal, Angelica Navarro Moran, James Needham, Adrian Negron, Richard B. Nehrich, Kenneth E. Nelson, Bill Nemec, Stephanie Nemec, Richard Nemetz, Sharon S. Newberry, Ron Newman, Rob Newquist, Alan M. Nicholas, Gordon Nikkola, David Nisleit, Randall L. Nisleit, Robert Nobbs, Patrick D. Norris, Timothy Norris, Lee Norton, Regina Norton, Matt Novak, Robert O'Donnell, Richard M. O'Hanlon, Michael O'Neill, Christopher D. O'Quinn, Eric I. Oberndorder, Jay R. Odom, Taerance Oh, Gene F. Oliver, Rene C. Oliver, Greg Olson, Jason P. Omundson, Thomas A. Orden, Danny Orduno, William Orvosh, Michael Ott, Troy P. Owens, Michael Pace, Ronald Pace, Thomas R. Packer, Javier Padilla, Raul R. Padilla, Billy J. Papenhausen, Nori Theresa Pappert, Michael Parga, Richard C. Parpart, Richard Parrella, Kevin Patrick, Paul Paxten, Pamela G. Paxton, Jack R. Pearson, Anthony Pellegrino, Jose P. Perez, Marco Perez, Curtis E. Perkins, Richard Perkins, Jeffrey P. Peterson, David Pham, Bradley L. Phelps, George A. Phillips, Scott M. Pickard, Douglas L. Pickett, E. Michael Pidgeon, Ernest J. Pierce, Kevin W. Pierce, Greg Pinarelli, Carl Pira, Dan R. Plein, Eric L. Pollom, Marcelo Populin, Rick Powell, Jason Powers, Seliza Prodigalidad, Duane D. Pudgil, Jesus W. Puente, Dalana S. Pursel, John Queen, May

Quintanilla, Chris Raagas, Michael J. Rabell, Ron Raddetz, Fernando Ramirez, Jose L. Ramos, Ralph Ramos, Michael Ramsay, Marcus Ramsey, Kevin C. Rausis, Carlos Real, Dwight P. Reece, Kaaren M. Reed, Susan Regalia, Richard H. Reichner, John Reif, Wendy Reno, James Renwick, Robert L. Rex, Thomas D. Rey, Thomas M. Rhodes, Rolanda M. Ricardez, Brenda T. Richmond, Ward A. Rickman, Julian M. Rico, Bret A. Righthouse, Susan M. Righthouse, Ricardo Rivas, Tom Rizzo, Kenneth Robbins, Bryan Roberts, Todd J. Robertson, Steve Robinson, Jason Paul Rocha, Diane Rodriguez, Bobby Rollins, Daniel Roman, Luis A. Roman, Mario Romano, Paul Rorrison, Angel Rosario, Patrick H. Rose, Stephanie Rose, Edward Rosenbloom, Steve Rosenbloom, Richard Rothe, Angela N. Rozsa, Lamar Rozsa, Jr. , Jeffrey R. Ruckle, Robert Rude, Brad Ruff, Renee Ruff, Pat Ruffner, Richard Rundberg, Joseph Ruvido, James Ryan, Ivan A. Sablan, Mariam Sadri, John Saflar, Jeffrey Salinas, Juan Sanchez, William J. Santarsiero, Tito Santos, Alejandro C. Santos III, Christopher Sarot, Jade R. Sawyer, Jason Scally, Michael J. Schaldach, Margaret M. Schaufelberger, Robert M. Schenkelberg, Cheryl J. Schlack, Tristan T. Schmottlach, Phillip E. Schneider, James Schorr, Arthur L. Scott, Jason Scott, Jeffery Scruggs, Eric P. Seiter, Gaylon Sells, Lloyd Sentinella, Robert C. Shands, Patrick J. Shantey, Adam Sharki, Christian T. Sharp, Steven M. Shaw, Stephen Shebloski, Daniel K. Shepherd, Damon Sherman, Mark G. Sherman, Michael Shiraishi, James Shively, Scott W. Shively, Daniel Shore, Benjamin Shumaker, Jesse Simeroth, Thomas G. Simonds, Lori Sinclair, Omar Sinclair, Steve Skinner, John A. Slough, George D. Smith, James A. Smith, James F. Smith, John Smith, Joseph Smith, Larry H. Smith, Paul R. Smith, Robert W. Smith, Russell Smith, Timothy Smith, Sandra Smullen, Dan Smyth, Joseph G. Snarponis, Robert W. Snead, Ronald Snow, Jerrilyn Sober, Andrew Sorbie, Brandy Sorbie, Andrew Spear, E. Patrick Speer, Howard Spetter, John Stadler, David Stafford, R. Thomas Staley, Steven Statton, Neal A. Steffen, Jeffrey J. Sterling, Gary G. Stewart, Kenneth P. Stewart, Leslie Stewart, Elliott Stiasny, Michael Stirk, Natalie Stone, Roger Stonier, Jerry Stratton, John Stricklin, Daniel Stuber, Spencer Sturm, William Stutz, Thomas A.

Sullivan, Dawn Summers, Valari Summers, Aleksei E. Sviridov, Bernard R. Swaim, Michael Joseph Swanson, William Sweeney, Michael Sweet, James Sweetser, Jeffrey D. Swett, John Szakara, Rudolph G. Tai, Louis A. Tamagni, John Tate, James Teer, Victor Tejeda, Karen Anne Tenney, Philip Terhaar, Tobia J. Terranova, Chris Tews, Kelly Thibault (previously Yatch), Joseph Thomas, Joycelyn S. Thomas, Scott A. Thompson, Frank L. Thornquest, Janice M. Thornquest, Johanna M. Thrasher, Linda H. Tibbetts, Lee Timmerman, Garrell Tompkins, Richard M. Toneck, Linda Tousley, Merrit Townsend, Scott Townsend, John Trent, James J. Troussel, Robert Truderung, James F. Tulumello, Simon Ty, Thomas Underwood, Timothy Underwood, Bernard Updike, Edwin Valentin, Wendy Valentin, Louis E. Valenzuela, Janine A. Van Antwerp, Ron Van Cleave, Edward Van Laningham, Robert Van Wulven, George Varela, Mike Vargas, Kevin Vasquez, Linda Vasquez, Dan Vega, Kenneth J. Verdone, Edward M. Verduzco, Max G. Verduzco, Richard Vergara, Daniel R. Vile, Robert Vittek, John Vivoli, Timothy Vollmar, Duane A. Voss, Gary Voss, Gerard M. Waclawek, Sylvester Wade, Jr. , Kevin Wadhams, Joseph Waggaman, Elyse Wagner, Gaye D. Wagner, Thomas H. Wagner, Michael Wahl, Kris Walb, Curtis Waldecker, David Walker, Mitchell Wallace, Dick L. Ward, Sean Waterman, Vickie Watkins, Dean C. Way, Matthew Weathersby, Sedonia Weathersby, Michael Weaver, Dianna Webb, Carl Weber, Elizabeth Weber, Larry W. Weeden, Ron Weiss, Robert D. Wells, Diane Wendell, Teofilo Weston, Peter J. Westrick, David Whitfield, Richard A. Widner, Jonathan Wiese, Jerry E. Wiggins, Scott Wilkinson, Mark Willhelm, Alphonso Williams, Brent Williams, Donald C. Williams, Donna L. Williams, James J. Williams, Robert W. Williams, Timothy R. Williams, Tina M. Williams, Howard C. Williams, Jeff Willkomm, Lawrence Wilson, Dawn Wolfe, Karin Wong, Kevin Wong, Roger Wong, Thomas A. Wood, Steven M. Woodrow, William H. Woods, David M. Worden, John M. Wray, Stephen W. Wright, Michael Yaptangco, Winston Yetta, George Youkhanna, Adam G. Young, Bryan Young, Pete Zajda, Felix Zavala, Matthew Zdunich, Anthony Zeljeznjak, Monica Zepeda, Tim Zetterlund, Evan Ziegler, Jeffrey

Ziegler, Hans Zingheim, Laura M. Zizzo, Louis Zizzo, Edward Zwibel, and all additional Plaintiffs which may have been unintentionally omitted from the above list or the Notice of Appeal filed by The Petersen Law Firm (Dkt# 305) ("Appellants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment on the Court's Order Granting Defendants' Motions for Summary Judgment with Respect to Plaintiffs' Federal Claims and Dismissing Without Prejudice Plaintiffs' State Claims of the United States District Court for the Southern District of California, entered in this action on September 3, 2008. True and correct copies of said Judgment and Order are attached hereto as Exhibits "A" and "B," respectively.

DATED: October 2, 2008

JACKSON, DeMARCO, TIDUS
& PECKENPAUGH

By: ______________________________
Christopher D. Nissen
cnissen@jdtplaw.com
Attorney for Plaintiffs
ERICA AARON, ET AL.

**CERTIFICATE OF SERVICE**
**AARON V. AGUIRRE**
**USDC Case Nos. 06-CV-1451 MLH (POR)**

I, Marina Young, declare as follows:

I am employed in the County of Orange, State of California. My business address is Jackson, DeMarco, Tidus & Peckenpaugh, 2030 Main Street, Suite 1200, Irvine, California 92614. I am over 18 years of age and am not a party to the above-captioned matter.

On October 3, 2008, I served on the interested parties in said action a full, true and correct copy of:

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT**

on all other parties and/or their attorney(s) of record to this action in the following manner:

| | |
|---|---|
| Peter H. Benzian, Esq.<br>Laura A. Godfrey, Esq.<br>Colleen C. Smith, Esq.<br>**LATHAM & WATKINS LLP**<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375<br>Telephone: (619) 236-1234<br>Facsimile: (619) 696-7419<br>E-Mail: peter.benzian@lw.com<br>laura.godfrey@lw.com<br>colleen.smith@lw.com | *Attorneys for Defendants*<br>***CITY OF SAN DIEGO, TONI ATKINS, P. LAMONT EWELL, DONNA FRYE, BRUCE HERRING, RALPH INZUNZA, CATHY LEXIN, JIM MADAFFER, BRIAN MAIENSCHIEN, SCOTT PETERS, ED RYAN, MICHAEL UBERUARGA, MARY VATTIMO, TERRI WEBSTER, TONY YOUNG and MICHAEL ZUCCHET*** |
| Rodney M. Perlman, Esq.<br>**A PROFESSIONAL CORPORATION**<br>23852 Pacific Coast Highway, No. 228<br>Malibu, CA 90265<br>Telephone: (310) 478-3131<br>Facsimile: (310) 606-2622<br>E-Mail: rperlman@rmppc.com | *Attorneys for Defendant*<br>***MICHAEL AGUIRRE*** |
| Don McGrath<br>Executive Assistant City attorney<br>Office of the City Attorney<br>City of San Diego<br>1200 Third Avenue, Suite 1100<br>San Diego, CA 92101<br>Telephone: (619) 533-5870<br>Facsimile: (619) 236-6018 | *Attorneys for Defendant-Appellee*<br>**MICHAEL AGUIRRE**<br><br>Email: dmcgrath@sandiego.gov |

| | |
|---|---|
| Reginald A. Vitek, Esq.<br>Matthew M. Mahoney, Esq.<br>**SELTZER, CAPLAN McMAHON, VITEK**<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Telephone: (619) 685-3003<br>Facsimile: (619) 615-0310<br>E-Mail: vitek@scmv.com<br>mahoney@scmv.com | *Attorneys for Defendant*<br>***SAN DIEGO CITY EMPLOYEES' RETIREMENT SYSTEM ("SDCERS")*** |
| Gregory G. Petersen, Esq.<br>Petersen Law Firm<br>3100 Airway Avenue, Suite 109<br>Costa Mesa, CA 92626<br>Telephone: 949-335-1300<br>Facsimile: 949-640-8983<br>E-Mail: gpetersen@petersenlawfirm.com | *Attorneys for Plaintiffs*<br>***ERICA AARON, et al.*** |

[ ] **NOTICE OF ELECTRONIC FILING:** The counsel listed below have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ] **E-MAIL:** By attaching a PDF of the to an electronic mail sent to the e-mail address listed above, according to the parties' agreement.

[ ] **FACSIMILE:** By transmitting a facsimile of the same over the fax number listed above under the parties' agreement.

[X] **FIRST CLASS MAIL:** By placing the same in a sealed, postage-paid envelope, addressed to the name and address listed above, according to the parties' agreement.

[ ] **OVERNITE COURIER SERVICE:** I caused the documents to be placed in appropriate packaging and delivered via overnight courier to the offices of the addresses. Such envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees fully pre-paid or provided for.

[ ] **PERSONAL DELIVERY**: On the date set forth below, I placed the above-referenced envelope(s) or package(s) in a box or location regularly maintained at my office for our

messenger/courier service or I delivered the envelope(s) or package(s) to a courier or driver authorized by our messenger/courier service to receive documents. The package(s) was/were placed in a sealed envelope(s) or package(s) designated by our messenger/courier service with the delivery fees paid or provided for, addressed to the person(s) on whom it s to be personally served at the address(es) shown above as last given by that person on any document filed in this cause. The messenger/courier service was provided with instruction that the envelope or package be personally served on the addressee(s) on ____________, 2008.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 3, 2008, at Irvine, California.

Marina Young

5865-44960\ 816952.2

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

ERICA AARON, et al.,

v.

MICHAEL AGUIRRE, et al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 06-CV-1451-H(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court concludes that Defendants are entitled to summary judgment in their favor on all of Plaintiffs' federal claims. The Court dismisses without prejudice Plaintiffs' remaining state law claims.

| | |
|---|---|
| September 3, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

s/ A. Garcia
(By) Deputy Clerk

ENTERED ON September 3, 2008

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ERICA AARON, et al.,

Plaintiffs,

vs.

MICHAEL AGUIRRE, et al.,

Defendants.

CASE NO. 06-CV-1451 H (POR)

**ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFFS' FEDERAL CLAIMS AND DISMISSING WITHOUT PREJUDICE PLAINTIFFS' STATE CLAIMS**

Presently before the Court are motions for summary judgment, partial summary judgment, or summary adjudication by several defendants in this action. (See Doc. Nos. 242, 246, 250.) Plaintiffs have filed responses in opposition. (See Doc. Nos. 285-288.) Defendants filed replies on August 22, 2008. (Doc. Nos. 289-291.)

On September 2, 2008, the Court held a hearing on defendants' motions. Gregory Petersen appeared on behalf of the Plaintiffs he represents; Christopher Nissen and Kim Nguyen represented the remaining Plaintiffs. Reginald Vitek appeared for defendant SDCERS. Donald McGrath and Rodney M. Perlman appeared for defendant Michael Aguirre. Peter H. Benzian and Colleen Smith represented the City and the individual defendants.

For the reasons discussed below, the Court concludes that Plaintiffs fail to demonstrate a genuine issue for trial with respect to Plaintiffs' federal claims and therefore grants summary judgment in Defendants' favor with respect to those claims. The Court declines to continue to exercise supplemental jurisdiction over Plaintiffs' state law claims and therefore dismisses

those claims without prejudice. The Court notes that its decision does not leave Plaintiffs without the possibility of a remedy, since Plaintiffs are free to pursue their state law claims, if any, in an appropriate state court forum, where extensive litigation over these issues is ongoing involving these and other parties.

## Background

Plaintiffs' federal claims in this case arise from (1) the alleged under funding of the San Diego City Employees Retirement System ("SDCERS") and (2) the terms of the City's last, best and final offer ("LBFO"), which the City implemented following failed labor negotiations between the City and the San Diego Police Officers Association ("SDPOA") in 2005. (See FAC ¶¶ 14, 172-213, 238-249, 255-258.) The SDPOA is the organization that represents police officers employed by the City.

### I. This Case – Operative Complaint and Remaining Claims/Defendants

This action commenced on July 18, 2006. (Doc. No. 1.) The individual police officer plaintiffs filed a complaint against Michael Aguirre; the City of San Diego ("City"); SDCERS; several current and/or former City Council members and City officials; KPMG LLP; and KPMG. (Doc. No. 1.) Plaintiffs' complaint asserted five federal claims under 42 U.S.C. § 1983: (1) retaliation in violation of the First Amendment, as to Aguirre, the City and the Individual Defendants, see Compl. ¶ 65; (2) violation of the Contracts Clause, U.S. Const., art. I, § 10, as to all defendants, see Compl. ¶ 72; (3) violation of the Takings Clause, as to all defendants, see Compl. ¶ 79; (4) violation of procedural due process, as to all defendants, see Compl. ¶ 86; and (5) conspiracy to violate the federal rights asserted in the previous four claims, as to all defendants, see Compl. ¶ 94. Plaintiffs' complaint asserted several state law claims pursuant to the Court's supplemental jurisdiction under 28 U.S.C. § 1367. (Compl. ¶ 1.)

On April 9, 2007, following extensive motion practice directed at the sufficiency of Plaintiffs' allegations, Plaintiffs filed a fourth amended complaint ("FAC"), see Doc. No 139, which is the operative complaint in this action. Plaintiffs' FAC asserts claims against Aguirre; the City; SDCERS; council members Scott Peters, Jim Madaffer, Ralph Inzunza,

Toni Atkins, Tony Young, Brian Maienschein, Donna Frye and Michael Zucchet, City officials Cathy Lexin, Mary Vattimo, Terri Webster, Ed Ryan, Bruce Herring, Lamont Ewell and Michael Uberuaga ("Individual Defendants"); KPMG LLP and KPMG. (Doc. No. 139.) The FAC alleges claims under § 1983 and various state law claims.

On June 12, 2007, the Court issued an order granting in part and denying in part several motions to dismiss Plaintiffs' FAC, with the result that the following federal claims remain:

- As to Defendant Aguirre, Plaintiffs' remaining claims are § 1983 claims for violation of the Contracts Clause, Takings Clause, procedural due process, and conspiracy to violate Plaintiffs' civil rights. The Court granted Aguirre's motion to dismiss Plaintiffs' First Amendment retaliation claim, on the ground of qualified immunity. (See Doc. No. 167.)
- As to the City and most of the Individual Defendants, all five of Plaintiffs' federal claims remain. With respect to individual defendants Young and Zucchet, the Court dismissed all of Plaintiffs' under funding claims. (See Doc. No. 167.)
- As to SDCERS, Plaintiffs' remaining claims are § 1983 claims for violation of the Contracts Clause, the Takings Clause and procedural due process. Plaintiff's fourth amended complaint did not assert a First Amendment retaliation claim against SDCERS, and the Court granted (without leave to amend) SDCERS's motion to dismiss Plaintiffs' conspiracy claim. (See Doc. No. 167.)

## II. SDPOA v. Aguirre, Case No. 05-CV-1581 H (POR)

On August 9, 2005, the SDPOA filed a complaint against Aguirre, the City, SDCERS and individual Council members and City officials. (SDPOA Doc. No. 1.) The SDPOA represents police officers employed by the City, and the SDPOA's complaint specified (as did subsequent amended complaints) that the SDPOA brought the action on behalf of its members. The SDPOA's complaint asserted state law claims as well as the

following federal claims under § 1983: (1) retaliation in violation of the First Amendment; (2) violation of the Contracts Clause, U.S. Const., art. I § 10; (3) violation of the Takings Clause of the Fourteenth Amendment; and (4) conspiracy to commit the foregoing civil rights violations. (SDPOA Doc. No. 1.)

After motion practice directed at the sufficiency of the SDPOA's pleadings, as well as motions for injunctive relief, the SDPOA filed a third amended complaint on March 21, 2006. (SDPOA Doc. No. 353.) On June 9, 2006, the Court issued an order granting in part and denying in part motions to dismiss by the defendants.[1] (SDPOA Doc. No. 406.) After the close of extensive discovery, the parties filed motions and cross motions for summary judgment, partial summary judgment, or summary adjudication. The Court permitted supplemental briefing and heard oral argument. (See SDPOA Doc. No. 737.) On May 18, 2007, the Court issued an order granting summary judgment in the defendants' favor on the SDPOA's federal claims in several respects that have significance to the present case. (Id.)

After additional supplemental briefing and a further hearing, the Court on June 26, 2007 entered an order granting summary judgment in the defendants' favor with respect to the SDPOA's remaining federal claims. (SDPOA Doc. No. 753.) The Court declined to continue to exercise supplemental jurisdiction under 28 U.S.C. § 1367 over the SDPOA's remaining state law claims. On August 24, 2007, the Court directed the Clerk to enter final judgment against the SDPOA and in favor of the defendants. (SDPOA Doc. No. 766.)

The crux of the motions before the Court in the present case is that certain issues resolved by the Court in its summary judgment rulings in the SDPOA action have preclusive effect against Plaintiffs here. Accordingly, the Court provides the following brief summary of its two summary judgment orders in the SDPOA case:

- First Amendment Retaliation: The SDPOA alleged that Aguirre, the City, and the Individual Defendants imposed the 2005 LBFO and publicly criticized the SDPOA in retaliation for the SDPOA and its members engaging

[1] Approximately two months later, the individual plaintiffs filed the complaint that commenced this case.

in protected speech. The Court granted summary judgment in the defendants' favor on this claim. With respect to Aguirre, the Court concluded that the SDPOA failed to point to evidence indicating that Aguirre exerted control over the 2005 labor negotiations and the terms of the LBFO, or evidence showing that Aguirre orchestrated the City's imposition of the 2005 LBFO as a form of retaliation for the SDPOA's failure to go along with Aguirre's plan to improve the City's financial situation. (See SDPOA Doc. No. 737 at p. 22.) With respect to all defendants, the Court concluded that Plaintiff could not establish that the protected expression of the SDPOA and/or its members was a "substantial motivating factor for the implementation of the 2005 LBFO." (Id. at p. 31.)

- Contracts Clause and Takings Clause: The SDPOA brought a claim for violation of the Contracts Clause and Takings Clause of the U.S. Constitution. With respect to the 2005 LBFO, the Court concluded that the SDPOA failed to demonstrate a genuine issue for trial regarding whether the terms of the LBFO affected protectable benefits. (SDPOA Doc. No. 737 at p. 34.) Accordingly, the SDPOA's Contracts Clause and Takings Clause claims failed as to all defendants to the extent those claims were based on the 2005 LBFO. In the Court's June 26, 2007 order regarding the SDPOA's remaining federal claims, the Court concluded that the SDPOA failed to demonstrate the existence of a federal constitutional right to an actuarially sound pension system. Accordingly, the SDPOA's Contracts Clause and Takings Clause claims also failed to the extent those claims were based on pension under funding. (See SDPOA Doc. No. 753.)
- Conspiracy: Since the Court granted summary judgment in all defendants' favor on the SDPOA's First Amendment, Contracts Clause and Takings Clause claims, no federal claim remained. In the absence of an actionable federal constitutional violation, a conspiracy to violate federal constitutional

rights cannot exist as a matter of law. Accordingly, the Court granted summary judgment in all defendants' favor and against the SDPOA on the SDPOA's conspiracy claim under § 1983. (SDPOA Doc. No. 753 at p. 12; see also SDPOA Doc. No. 737 at p. 43.)

The Court concludes that the doctrine of issue preclusion bars Plaintiffs from re-litigating those issues in this case. This negates at least one essential element of each of Plaintiffs' federal claims, making summary judgment in Defendants' favor warranted on those claims.

## Discussion

### I. Summary Judgment – Legal Standard

Summary judgment is appropriate when "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The moving party bears the burden of demonstrating the absence of a triable issue of fact. That burden may be satisfied, however, "by showing – that is, pointing out to the district court – that there is an absence of evidence to support the non-moving party's case." Celotex Corp. v. Catrett, 477 U.S. 317, 325 (1986). To be entitled to summary judgment, a defendant need not disprove each element of a plaintiff's claims. E.g., Nissan Fire & Marine Ins. Co. v. Fritz Cos., 210 F.3d 1099, 1102 (9th Cir. 2000). Rather, a defendant may succeed either by negating a single essential element of each claim, or by demonstrating that the plaintiff cannot establish the existence of a genuine issue on a single essential element of each claim. Id.

Once the party moving for summary judgment satisfies its burden of pointing out that there is an absence of evidence to support the non-moving party's case, Celotex Corp., 477 U.S. at 325, to avoid summary judgment a plaintiff must set forth specific facts showing the existence of a genuine issue. It is not sufficient to "simply show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). The non-moving party must point to specific

evidence "from which a reasonable jury could return a verdict in its favor." Triton Energy Corp. v. Square D. Co., 68 F.3d 1216, 1221 (9th Cir. 1995).

**II. Issue Preclusion – Legal Standards**

A nonparty may be bound by a prior judgment because the nonparty "was adequately represented by someone with the same interests who was a party to the suit." Taylor v. Sturgell, ___ U.S. ___, 128 S.Ct. 2161, 2172 (2008). The general principle of issue preclusion "is that a right, question, or fact distinctly put in issue and directly determined by a court of competent jurisdiction, as a ground of recovery, cannot be disputed in a subsequent suit between the same parties or their privies." Southern Pacific Railroad v. United States, 168 U.S. 1, 48-49 (1897). Under the Ninth Circuit's modern formulation of the doctrine, the party seeking to apply issue preclusion must establish that (1) the party to be precluded (or that party's privy) had a full and fair opportunity to litigate the issue; (2) the issue was actually litigated and decided; (3) the party sought to be precluded lost on the issue as a result of a final judgment; and (4) the party to be precluded was a party to the prior action or stood in privity to a party in the prior action. State of Idaho Potato Comm'n. v. G & T Terminal Packaging, Inc., 425 F.3d 708, 713 (9th Cir. 2005).

**III. Whether Plaintiffs Have a Commonality of Interest With the SDPOA**

The primary dispute for purposes of Defendants' motions for summary judgment is whether Plaintiffs are in privity with respect to the SDPOA, which acted as the plaintiff in the prior case. Generally, issue preclusion extends only to parties and persons in "privity" with a party. See Wright, Miller & Cooper, Fed. Practice and Procedure 2d § 4448. Although older definitions of privity were very narrow, "[a]s the preclusive effects of judgments have expanded to include nonparties in more and more situations, . . . it has come to be recognized that the privity label simply expresses a conclusion that preclusion is proper." See id. § 4449. As the Ninth Circuit has recognized, privity is "a legal conclusion designating a person so identified in interest with a party to former litigation that he represents precisely the same right in respect of the subject matter involved." In re

Schimmels, 127 F.3d 875, 881 (9th Cir. 1997); see Taylor v. Sturgell, 128 S.Ct. at 2172 n. 8 (noting that privity has "come to be used more broadly, as a way to express the conclusion that nonparty preclusion is appropriate on any ground").

"[P]rivity may exist if there is substantial identity between parties, that is, when there is sufficient commonality of interest." Tahoe Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency, 322 F.3d 1064, 1081 (9th Cir. 2003); see Taylor v. Sturgell, 128 S.Ct. at 2172 ("nonparty may be bound by a judgment because she was adequately represented by someone with the same interests who was a party to the suit"). The Ninth Circuit has used this "commonality of interest" standard in several cases to support a conclusion of privity. Stratosphere Litigation L.L.C. v. Grand Casinos, Inc., 298 F.3d 1137, 1142 n. 3 (9th Cir. 2002) (finding privity when a party is "so identified in interest with a party to former litigation that he represents precisely the same right in respect to the subject matter involved"); Shaw v. Hahn, 56 F.3d 1128, 1131-32 (9th Cir. 1995) (finding privity when the interests of the party in the subsequent action were shared with and adequately represented by the party in the former action); United States v. ITT Rayonier, Inc., 627 F.2d 996, 1003 (9th Cir. 1980) ("a privy may include those whose interests are represented by one with authority to do so"); see also In re Schimmels, 127 F.3d at 881 (noting that privity has been found "where the interests of the nonparty and party are so closely aligned as to be virtually representative").

Significantly, "[o]ne of the relationships that has been deemed sufficiently close to justify a finding of privity is that of an organization or unincorporated association filing suit on behalf of its members. Tahoe Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency, 322 F.3d at 1082. "[T]he organization must adequately represent the interests of its individual members" in order that issue preclusion does not violate the due process rights of the individual members. Id. "However, if there is no conflict between the organization and its members, and if the organization provides adequate representation on its members' behalf, individual members not named in a lawsuit may be bound by the judgment won or lost by their organization." Id. In this case, the record does not support

the conclusion that the SDPOA provided inadequate representation on its members' behalf. Indeed, Plaintiffs would be hard pressed to establish that point, since the same lawyers have represented the SDPOA and the Plaintiffs here.

Here, the Court concludes that for purposes of issue preclusion privity exists between the SDPOA and the Plaintiffs in the present case. First, the Court concludes that there is "substantial identity" and "commonality of interest" between the SDPOA and the individual police officers who are the Plaintiffs in this action. Tahoe Sierra Preservation Council, Inc., 322 F.3d at 1081. The SDPOA is the organization representing police officers who are employed by the City. Every complaint and amended complaint in the prior case alleged that the SDPOA brought the action on behalf of its members. (See SDPOA Doc. No. 353, TAC ¶ 3.) Under the legal standards for establishing organizational standing, the SDPOA was required to establish that "(a) its members would otherwise have standing to sue in their own right; (b) the interests it seeks to protect are germane to the organization's purpose; and (c) neither the claim asserted nor the relief requested requires the participation of individual members of the lawsuit." Hunt v. Washington State Apple Advertising Comm'n., 432 U.S. 333, 343 (1977). In the SDPOA action, the Court specifically concluded that the SDPOA met those requirements.[2] (See SDPOA Doc. No. 335.)

Since the federal claims in both cases arise out of the same factual occurrences, the fact that the SDPOA's members would have had standing to sue in their own right in the first action demonstrates the high degree of "identity" and "commonality of interest" between the SDPOA in the first case and Plaintiffs here. Tahoe Sierra Preservation Council, Inc., 322 F.3d at 1081. Under all the circumstances of the SDPOA action, a suit by an organization on its members' behalf may have preclusive effect as to the organization's members even if they were not named parties to the first action. Id.; see also

---

[2] Plaintiffs focus on the Court's conclusion that the SDPOA could not seek monetary relief on behalf of its members. (See SDPOA Doc. No. 335.) However, that is irrelevant for purposes of these motions for summary judgment. Plaintiffs must first establish Defendants' liability before seeking damages. Defendants' motions are premised on the contention that issues decided in the SDPOA action have preclusive effect in a manner that is fatal to Plaintiffs' theories of recovery.

Monahan v. New York City Dept. of Corrections, 214 F.3d 275, 285 (2d Cir. 2000); Panza v. Armco Steel Corp., 316 F.2d 69, 70 (3d Cir. 1963) (holding that after a union lost an action to enforce contract seniority rights for a specific group of employees, the same employees could not bring an individual action to enforce the same claim). Moreover, the Court concludes that several factors in addition to the SDPOA's status as Plaintiffs' representative weigh in favor of the conclusion that the SDPOA and Plaintiffs possess sufficient "commonality of interest" for preclusion purposes. Tahoe Sierra Preservation Council, Inc., 322 F.3d at 1081.

The commonality of interest between the SDPOA and Plaintiffs is well illustrated by a comparison of the operative complaints in each action (third amended complaint in SDPOA; fourth amended complaint in this action). The complaints, which were filed by the same lawyers, alleged (in nearly identical fashion) the same federal claims based on exactly the same set of facts and occurrences. For instance, in both actions the first claim for relief is a § 1983 claim, based on First Amendment retaliation, against Aguirre, the City, the Council defendants and the City official defendants. The SDPOA third amended complaint sought "injunctive relief directing Defendant City to immediately restore all benefits taken away from Plaintiff's Members by Defendant City's unilateral imposition of the Last, Best and Final Offer, [and to] fund SDCERS so it is actuarially sound." (SDPOA Doc. No. 353, TAC ¶ 77.) The operative complaint in this action repeats almost verbatim that request, by seeking "injunctive relief directing Defendant City to immediately restore all past and future benefits and/or compensation taken away from LBFO Plaintiffs and DROP Plaintiffs as a result of the unilateral imposition of Defendant City's 2005 last, best and final offer." (FAC ¶ 178.)

Moreover, the complaint in this case makes clear that Plaintiffs' legal claims do not involve any individualized allegations. Although (assuming Plaintiffs succeeded in establishing Defendants' liability) individualized questions regarding damages might arise, it is clear that the federal claims in each case are otherwise identical. Contrary to Plaintiffs' arguments, the SDPOA represented the interests of both active and retired police officers in

the prior action, and the Court concludes that the interests of the Plaintiffs in this case are identical to the interests of the SDPOA in the prior case for purposes of the federal claims. (Compare SDPOA Doc. No. 353 (TAC) ¶ 50 (allegations regarding under funding of retiree medical benefits) with Doc. No. 139 (the FAC in this case) ¶ 32 (SDPOA "facing reduced membership and pressure for current and former members about the status of pension and retirement benefits").) After complete discovery in the SDPOA action, Plaintiffs have not amended the complaint in this case to allege any individualized theories of recovery.

Looking beyond the complaints in each case, it is clear that the SDPOA action and this case have been conducted essentially in parallel. The motion practice by the plaintiff(s) in each case provides a good example of this, since it has overlapped to such an extent that the Court on at least one occasion had to advise the lawyers representing the SDPOA and these Plaintiffs to be sure to file their papers in both cases. In September of 2006, the SDPOA and the Plaintiffs in this case both sought temporary restraining orders staying state court proceedings relating to the pension crisis. (See SDPOA Doc. No. 474.) The Court noted that "[t]he same counsel recently filed a related case, Aaron v. Aguirre, in the name of over 1,600 individual police officers. The application for the temporary restraining order concerns both federal cases, and the Court has issued separate but identical orders in both dockets." (SDPOA Doc. No. 474.) The Court denied the requests for a temporary restraining order and/or stay of the state court litigation, and noted that "the Court will deem the pleadings to have been filed in both SDPOA, 05-CV-1581-H and Aaron, 06-CV-1451-H." (SDPOA Doc. No. 474.) The Court, however, advised counsel that in the future they "must file an original pleading for each docket." (Id.) In addition to the factors discussed above, the manner in which these cases have been litigated supports the conclusion that a sufficiently high degree of "identity" and "commonality of interest" exists between the SDPOA in the first case and Plaintiffs here, such that Plaintiffs are subject to the preclusive effects of issues decided in the prior action. See Tahoe Sierra Preservation Council, Inc., 322 F.3d at 1081.

In sum, the Court concludes that based on the above discussion and all the circumstances of this case and the prior action by the SDPOA, the Plaintiffs stand in privity to the SDPOA for purposes of issue preclusion as to the federal claims. The Court concludes that applying issue preclusion to Plaintiffs furthers the purpose of the doctrine, which (subject to the restrictions of due process) is to "conserve[] judicial resources and foster[] reliance on judicial action by minimizing the possibility of inconsistent decisions." In re Schimmels, 127 F.3d 875, 881 (9th Cir. 1997); see Taylor, 128 S.Ct. at 2171. Accordingly, the Court concludes that Plaintiffs here are precluded from re-litigating issues that meet the other requirements for issue preclusion– i.e., issues that in the prior action were "actually litigated and decided" after Plaintiffs' representative had a "full and fair opportunity" to do so, and resulted in a "final judgment" adverse to Plaintiffs' representative. See State of Idaho Potato Comm'n. v. G & T Terminal Packaging, Inc., 425 F.3d at 713.

**IV. Additional Issue Preclusion Requirements**

In addition to demonstrating that there exists sufficient commonality of interest between Plaintiffs and the SDPOA, Defendants must establish that the relevant issues were "actually litigated and decided" after a "full and fair" opportunity to litigate the issues, and that the resolution of those issues resulted in a final judgment. See State of Idaho Potato Comm'n. v. G & T Terminal Packaging, Inc., 425 F.3d at 713. For each of the issues discussed below, the Court concludes that those requirements are satisfied. In the SDPOA action, before ruling on the defendants' motions for summary judgment, the Court permitted extensive briefing and supplemental briefing and heard oral argument spanning two days regarding the SDPOA's federal claims. (See SDPOA Doc. No. 737.) After issuing an order granting summary judgment as to some of the SDPOA's federal claims, the Court once again permitted supplemental briefing regarding whether there exists a federal constitutional right to an actuarially sound pension system. (See SDPOA Doc. No. 753.) The Court concludes that this constituted a "full and fair" opportunity to litigate each issue specified below as having preclusive effect on Plaintiffs' federal claims in this case.

Additionally, the Court's orders in the SDPOA case make clear that each issue was "actually . . . decided." See State of Idaho Potato Comm'n. v. G & T Terminal Packaging, Inc., 425 F.3d at 713. After deciding each issue in the summary judgment orders dated May 18 and June 26, 2007, the Court by separate order directed the Clerk to enter final judgment in the defendants' favor with respect to Plaintiffs' federal claims. (SDPOA Doc. No. 766.) Therefore, the resolution of each issue set forth below "resulted in a final judgment." State of Idaho Potato Comm'n., 425 F.3d at 713. The Court concludes that Defendants have satisfied the requirements under the law for issue preclusion based on the prior SDPOA action.

## V. Which Issues Have Preclusive Effect

The Court addresses in turn the preclusive effect of the federal issues decided in the SDPOA action on Plaintiffs' federal claims in this case.

### A. First Amendment Retaliation

To prevail on a First Amendment retaliation claim, a plaintiff must prove that (1) he was subject to an adverse employment action; (2) "he engaged in speech that was constitutionally protected because it touched on a matter of public concern and (3) the protected expression was a substantial motivating factor for the adverse action." Ulrich v. City and County of San Francisco, 308 F.3d 968, 976 (9th Cir. 2002).

In the SDPOA case, the Court concluded that "Defendants have demonstrated that Plaintiff cannot establish that the protected expression of the SDPOA and its members was a substantial motivating factor for the implementation of the 2005 LBFO." (SDPOA Doc. No. 737 at 31.) The SDPOA failed to "direct[] the Court to evidence showing a disputed issue of fact as to whether retaliation was a substantial motivating factor in the decision to impose the 2005 LBFO." (Id. at 29.) Accordingly, the Court granted summary judgment in the defendants' favor on the SDPOA's "First Amendment retaliation claims premised on the 2005 negotiations and imposition of the LBFO." (Id. at 31.)

For the reasons discussed above, the doctrine of issue preclusion bars Plaintiffs from re-litigating this issue. Accordingly, the Court concludes that Defendants have satisfied

their burden on summary judgment to demonstrate the absence of a genuine issue with respect to at least one essential element of Plaintiffs' First Amendment retaliation claim. See Celotex Corp., 477 U.S. at 325. Since Plaintiffs cannot establish that any protected expression by City police officers was "a substantial motivating factor" for the alleged retaliation by Defendants, the Court concludes that Defendants are entitled to summary judgment in their favor on Plaintiffs' First Amendment retaliation claim.

**B. Contracts Clause, Takings Clause and Procedural Due Process**

As noted above, Plaintiffs' claims under the federal Contracts Clause and Takings Clause arise from the allegation that by under funding SDCERS and/or implementing the terms of the 2005 LBFO, Defendants unlawfully eliminated or reduced vested pension benefits owed to Plaintiffs.

The Contracts Clause of the federal Constitution provides that "[n]o State shall . . . pass any . . . Law impairing the Obligation of Contracts." U.S. Const. art. I, § 10, cl. 1. However, the clause's "prohibition is not an absolute one." State of Nev. Employees' Assn. v. Keating, 903 F.2d 1223, 1226 (9th Cir. 1990). An impairment of state contractual obligations is permissible if it is "reasonable and necessary to serve an important public purpose." U.S. Trust Co. v. New Jersey, 431 U.S. 1, 25 (1977). Federal law controls whether state statutes create contractual rights that are protected by the Contract's Clause. See Keating, 903 F.2d at 1227.

To succeed on a Takings Clause claim, a plaintiff must prove that he or she possesses a constitutionally protected "property interest." Gammoh v. City of La Habra, 395 F.3d 1114, 1122 (9th Cir. 2005). To establish a constitutionally protected property interest, the plaintiff must show not merely a unilateral expectation but "a legitimate claim of entitlement." Bd. of Regents v. Roth, 408 U.S. 564, 577 (1972). The scope of property interests protected by the Takings Clause is determined by "existing rules or understanding that stem from an independent source," such as state or federal statutory law. Lucas v. S.C. Coastal Council, 505 U.S. 1003, 1030 (1992); see Bd. of Regents v. Roth, 408 U.S. at 577-78. Whether a particular interest is constitutionally protected is a question of federal law.

See Webb's Fabulous Pharmacies, Inc. v. Beckwith, 449 U.S. 155, 164 (1980).

In the SDPOA case, the Court concluded that the SDPOA failed to demonstrate a genuine issue regarding whether the terms implemented in the 2005 LBFO affected protectable benefits. (SDPOA Doc. No. 737 at p. 34; see id. at p. 38 ("Plaintiff has not demonstrated a triable issue regarding whether DROP salary is a vested interest subject to constitutional protection under either the Contracts Clause or Takings Clause.") and p. 40 (no issue of material fact regarding whether decrease in City's pick up percentage violated Takings or Contracts Clauses.) Additionally, the Court concluded that the SDPOA failed to demonstrate that it possesses a federal right to an actuarially sound pension system and, therefore, could not demonstrate the existence of a genuine issue regarding the existence of a constitutionally protected right under the Takings Clause or Contracts Clause. (See SDPOA Doc. No. 753 at p. 7.)

Based on the principles of issue preclusion, the Court concludes that Plaintiffs in this case may not re-litigate the issues decided in the SDPOA action regarding the federal Contracts Clause and Takings Clause claims. Therefore, Defendants in this case have satisfied their burden on summary judgment to demonstrate the absence of a genuine issue for trial with respect to an essential element of Plaintiffs' claims under the Contracts Clause and the Takings Clause. Celotex Corp., 477 U.S. at 325. Since Plaintiffs cannot establish the deprivation of a protected interest for purposes of the Contracts Clause and the Takings Clause, the Court concludes that summary judgment in Defendants' favor is warranted with respect to those claims. The same is true for Plaintiffs' federal procedural due process claim, since succeeding on that claim requires Plaintiffs to establish the deprivation of a federally protected right. Parks v. Watson,716 F.2d 646, 656 (9th Cir. 1983) ("A property interest in a benefit protected by the due process clause results from a legitimate claim of entitlement created and defined by an independent source, such as state or federal law.").

**C. Conspiracy**

In the absence of an independent actionable federal constitutional violation, a conspiracy to violate federal constitutional rights cannot exist as a matter of law. E.g.,

Woodrum v. Woodward County, 866 F.2d 1121, 1126 (9th Cir. 1989). The Court already concluded that Defendants are entitled to summary judgment in their favor with respect to Plaintiffs' claims for violations of the First Amendment, the Contracts Clause, the Takings Clause and procedural due process. Therefore, the Court concludes that Defendants satisfy their burden on summary judgment to demonstrate the absence of a genuine issue with respect to Plaintiffs' conspiracy claim. The Court grants summary judgment in Defendants' favor on that claim.

In sum, the Court concludes that Plaintiffs in this case are bound the Court's determination in the prior action, brought by Plaintiffs' representative the SDPOA, that:

- Defendants' implementation of the 2005 LBFO was not substantially motivated by retaliatory intent.
- Plaintiffs do not have a federally protected right to an actuarially sound pension system.
- Even assuming that Plaintiffs possessed constitutionally protected rights in an adequately funded pension system, the mitigating measures implemented by Defendants establish that any such rights were not "substantially impaired."
- The 2005 LBFO did not impair any vested contractual rights protected by federal law.

As in the previous action, the Court's conclusions regarding these issues dooms Plaintiffs' federal claims based on under funding as well as the terms of the 2005 LBFO. The Court therefore grants summary judgment in all Defendants' favor with respect to Plaintiffs' federal claims.

## VI. Plaintiffs' Remaining State Law Claims – Supplemental Jurisdiction

Since no federal claims remain as to any defendant, Defendants contend that the Court should decline to continue to exercise supplemental jurisdiction over Plaintiffs' state law claims and therefore dismiss those claims. Under 28 U.S.C. § 1367, a district court may decline to exercise supplemental jurisdiction over a state claim if "the district court has dismissed all claims over which it has original jurisdiction" or if, "in exceptional

circumstances, there are other compelling reasons for declining jurisdiction." 28 U.S.C. § 1367(c)(3)-(4).

Ordinarily, a court should dismiss the state claims when all federal claims have been resolved prior to trial. See United Mine Workers of America v. Gibbs, 383 U.S. 715, 726 (1966) ("Certainly, if the federal claims are dismissed before trial . . . the state claims should be dismissed as well."); Acri v. Varian Associates, Inc., 114 F.3d 999, 1000-1001 (9th Cir. 1997) (en banc). Declining to exercise supplemental jurisdiction is especially appropriate when the remaining state claims involve "important, unsettled, and policy-laden issues of California law." Holly D. v. Cal. Inst. of Tech., 339 F.3d 1158, 1181 n. 28 (9th Cir. 2003). If a court concludes that it should decline to exercise supplemental jurisdiction over a plaintiff's state law claims, the court should dismiss those claims without prejudice. Gini v. Las Vegas Metro. Police Dept., 40 F.3d 1041, 1046 (9th Cir. 1994).

Here, none of Plaintiffs' federal claims remain. Accordingly, the Court may dismiss the state claims pursuant to 28 U.S.C. § 1367(c)(3). Additionally, several of Plaintiffs' state law claims involve complex policy-laden questions of California law. For instance, Plaintiffs bring a claim for "violations of public policy" under the California Pension Protection Act of 1992. (See FAC ¶ 212.) Plaintiffs' state law claims involve sensitive questions of substantial local importance, since they involve a municipal employee pension system and questions regarding the administration and funding of that system. Several cases are pending in state court that raise the same complex and sensitive issues of state law and policy asserted by Plaintiffs in this case. At the September 2, 2008 hearing on Defendants' motions for summary judgment, counsel for defendants noted that in September of 2007, the SDPOA filed another lawsuit in California court regarding the same issues dismissed without prejudice in this case.

In view of all the circumstances of this case, including the ongoing state court litigation related to the issues in this case, the Court concludes that in addition to the dismissal of Plaintiffs' federal claims there are "compelling reasons" within the meaning of

28 U.S.C. § 1367(c)(4) to decline to exercise supplemental jurisdiction over Plaintiffs' state law claims. By granting summary judgment in Defendants' favor with respect to Plaintiffs' federal claims, the Court leaves the California state courts free to resolve Plaintiffs' complex state law claims regarding pension funding and the implementation of the 2005 LBFO. The Court's decision here leaves Plaintiffs free to pursue their state claims (if any) in an appropriate state forum. The Court also concludes that any preclusion arguments with respect to Plaintiffs' state claims should be addressed by the state courts. For all of the reasons cited above, the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and dismisses those claims without prejudice.

**VII. Plaintiffs' Renewed Request to Stay**

Plaintiffs request that the Court stay this action while the SDPOA action remains pending on appeal. In December of 2007, Plaintiffs made a similar request for stay, see Doc. No. 188, which the Court denied. (Doc. No. 193.) Defendants oppose Plaintiffs' request for a stay, and for the following reasons the Court once again denies a stay.

The power to stay a case is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254-55 (1936); see CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962). The decision to grant or deny a stay is within the sound discretion of the trial court. CMAX, Inc., 300 F.2d at 268. Courts frequently consider judicial economy and prejudice to the parties in determining whether to grant a stay. Landis, 299 U.S. at 254-55. Here, considering all the circumstances of the present case, the Court once again concludes that a stay of this action would not advance the interests of judicial economy and is not necessary to avoid potential prejudice to the parties. Therefore, the Court in its discretion denies Plaintiffs' renewed request for a stay.

**VIII. Requests for Judicial Notice**

The Court grants SDCERS's request, see Doc. No. 244, for judicial notice of various pleadings, orders and judgments in the SDPOA action and the cases Gleason v. San Diego

City Employees' Retirement System, et al., San Diego Superior Court Case No. GIC 803779; and William McGuigan v. City of San Diego, et al., San Diego Superior Court Case No. GIC 849883. The Court concludes that the requested documents are proper subjects of a request for judicial notice under Fed. R. Evid. 201. See Lee v. City of Los Angeles, 250 F.3d 668 (9th Cir. 2001); Quackenbush v. Allstate Ins. Co., 121 F.3d 1372, 1377 n.3 (9th Cir. 1997). Similarly, the Court grants the requests for judicial notice by Aguirre, the City and the Individual Defendants, as well as the request by Plaintiffs. (Doc. Nos. 246-5; 250-3; 285-5.) Finally, as requested by SDCERS, see Doc. No. 244, the Court takes judicial notice of the pleadings and other documents in this case.

**Conclusion**

For the reasons discussed above, the Court concludes that Defendants are entitled to summary judgment in their favor on all of Plaintiffs' federal claims. The Court dismisses without prejudice Plaintiffs' remaining state law claims.

IT IS SO ORDERED.

DATED: September 3, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals **Date:** 10/6/2008
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: Aaron et al v. Aguirre et al
(Please see attachment for complete case title.)

U.S.D.C. No.: 06cv1451-H-POR U.S.D.C. Judge: Marilyn L. Huff

Complaint/Indictment/Petition Filed: Complaint

Appealed Order Entered: 9/3/2008

Notice of Appeal Filed: 10/3/2008 (Appellants' counsel e-filed (in error) a Notice of Appeal for "all plaintiffs" on 10/1/2008.)

Court Reporter: Nancy Cablay

COA Status: ☐ Granted in full/part (appeal only) ☐ Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [x] Paid ☐ Not Paid ☐ No Fee Required

USA/GOVT. APPEAL: ☐ Yes [x] No

Date F/P granted (Show Date and Attach Copy of Order): ____________

Was F/P Status Revoked? ☐ Yes ☐ No

Companion Case(s): (Please list consolidated cases, if applicable) Please note: There is a related appeal. A Notice of Appeal for certain plaintiffs was filed in the USDC on 10/1/2008 and forwarded to the USCA on 10/3/2008.

## Counsel Information

**Appellant Counsel:**

Christopher D Nissen
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614
(949) 752-8585

M Alim Malik
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614
(949) 752-8585

**Appellee Counsel:**

Donald H McGrath
Office of the City Attorney
Criminal Division
1200 Third Avenue, Suite 1100
San Diego, CA 92101-4100
(619) 533-5800

Rodney M Perlman
Rodney M. Perlman, A Professional Corporation
23852 Pacific Coast Highway, No.228
Malibu, CA 90265
(310) 478-3131

**Appellant Counsel: (continued)**

Steve J. Colella
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614
(949) 752-8585

**Appellee Counsel:** (continued)

Peter H Benzian
Latham and Watkins
600 West Broadway, Suite 700
San Diego, CA 92101
(619) 236-1234

Colleen Carlton Smith
Latham and Watkins
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 236-1234

Laura A Godfrey
Latham and Watkins
600 West Broadway, Suite 700
San Diego, CA 92101
(619) 236-1234

Stephen R Cook
Howrey Simon Arnold and White
2020 Main Street, Suite 1000
Irvine, CA 92614
(949) 759-3981

Martha K Gooding
Howrey Simon Arnold and White
2020 Main Street, Suite 1000
Irvine, CA 92614
(949)721-6900

Counsel Status: [x] Retained [ ] Appointed [ ] Pro Se
Appointed by: ______________________________
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: n/a
Bail: ____________
Custody: ____________

**SERVICE LIST**

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: JUDGMENT, entered 9/3/2008; ORDER Granting Defendants' Motions for Summary Judgment with Respect to Plaintiffs' Federal Claims and Dismissing Without Prejudice Plaintiffs' State Claims, entered 9/3/2008<br>Document received from Appellant: Representation Statement (original plus copy) |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Angela Rowland
Deputy's Name

A. Rowland
Deputy's Signature

ATTACHMENT
Complete Case Title
06cv1451-H-POR

Erica Aaron, Marcus R individually and on behalf of all others similarly situated, Donald K Abbot, Thomas E Abbott, Jr, Sabin M Abrams, Albert E Ackert, James R Ackley, Robert C Acosta, Ernest Adams, Julie M Adams, Lori M Adams, Kristen B Adams, Robert H Adams, Simon Adams, Robert Adauto, Jr, R Elizabeth Addington, Armando R Aguilar, Jason D Aguilar, Christina M Aguilar, Richard A Aguilar, Edward R Aguilar, Michael A Aiken, Wesley T Albers, Leslie A Allbrecht, Daniel T Albright, Donald A Albright, Justus Allen, Melvin C Allen, Richard Allen, Katherine E Allison, Cathy N Allister, Karen A Almos, Jesse R Almos, Jr, Alan R Alvarez, Mark C Amancio, Peter A Amancio, Arnolfo B Ambito, Carlos A Amezcua, Kevin M Ammon, John G Ampol, Jr, Annette M Anderson, Peggy A Anderson, Travis W Anderson, Thomas J Andrews, Mark S Annis, Robert W Anschick, Ricardo Apodaca, Jose J Arguelles, Oscar A Armenta, Scott J Armstrong, James W Arthur, Christopher T Asbell, Wesley R Ashcraft,Michael R Asher, Anthony A Atkins, Robert W Atwood, Edward D Austin, John W Austin, John Autolino, Gary Avalos, III, Jesus Ayala, Lori L Bach, Michael J Baire, John B Bailey, Ronald W Bailiff, Ross M Bainbridge, Robert M Baird, Jr, Todd R Baker, James D Baker, Jr, Vincent J Bales, Joseph P Bane, Gregory Glenn Petersen, Sean A Bannan, Robert Banuelos, Robert Barack, Kevin S Barnard, Scott T Barnes, Bridget P Barnette, Suzie K Barney, Frank Barone, Charles R Barrett, Scott D Bartolomei, Tina C Bassett, Tod E Bassett, David R Bautista, Christopher S Bayless, Michael A Beamesderfer, Jana M Beard, Robert D Beasley, Carole J Beason, David W Beathard, Debbie K Becker, Edward L Becker, Al Beckett, Paul J Becotte, Steven T Beery, Steven M Behrendt, Cynthia M Beilstein, John P Beilstein, Kevin P Belland, Charles J Belletti, Brigitta J Belz, Michael W Belz, Joe A Benavides, Michael R Bendixen, George Bennett, Teryl L Bernard, Gerald F Berner, Steven W Bernier, Meryl A Bernstein, Kelly L Besker, Larry Beveridge, Rebecca E Bigbie, Robert R Bigbie, Daniel M Billberry, Daniel A Binkerd, Victoria M Binkerd, Patrick Birse, Gregory R Bisesto, Dean R Bishop, Dennis Bishop, Richard A Bittner, Betty Bixby, Lynn M Bixel, Carlton F Black, Jeffrey D Blackford, Brian R Blagg, Mark T Blakesley, Gifford D Blakesley, Michael-David Blaylock, Edward L Blum, Thomas M Boerum, Eugene H Bojorquez, Daniel W Boldt, James R Bolen, Donald J Borinski, Thaddeus W Borkowski, Nicolas Borrelli, Thomas R Bostedt, Matthew E Botkin, Steven B Bourasa, Arthur O Bowen, Gary L Bowen, Jr, Christopher P Bowers, Roger E Bowman, Vernon Bowman, Jr, Edwin S Boyce, James W Boyd, Phillip K Bozarth, Douglas M Braca, Frank P Bradley, James M Bradley, Julie M Bradley, Cindy L Brady, Tracy D Braun, Jim Braxtan, Glenn A Breitenstein, Daniel G Brent,Lisa L Bressler, Robert R Bressler, David Bridgman, Daniel M Brinkerhoff, Paul D Brinkerhoff, Theodore Brinks, Russell D Bristol, Frank J Brito, Michael D Brogdon, James A Brooks, Ronald Broussard, Neal N Browder, Jr, James R Brown, Jon M Brown, Robert D Brown, Ronald O Brown, Troy A Brown, William L Brown, William M Brown, Gregory W Brown, Jr, Thomas J Broxtermann, Joy M Brugman, Christopher M Brush, Terrance L Bryan, Mark J Bua, Richard J Bulette, John Buono, III, Deborah W Burger, Randy P Burgess, Christina D Burhans, David W Burke, Brett H Burkett, Joshua P Burkhardt,

Robert C Burlison, Timothy A Burns, Daniel A Burow, Geoffrey T Burr, Michael J Burstein, John D Buttle, Richard A Butts, Christopher G Buxton, Bruce T Byrd, Jeanne M Byrd, Phillip D Cady, Lawrence B Cahill, William D Cahill, Laurie Cairncross , Francis M Cali, John L Call, Jene L'Mont Calloway, Arthur L Calvert, Christen M Cameron, Arturo C Campa,Janet M Campbell, William H Campbell, Frank A Canson, Claudia Canto, Ruth S Cardona, Theodore M Carignan, Hector S Carlos, Karrie L Carlson, Mark A Carlson, Richard J Carlson, Thomas J Carlyon IV, Thomas D Carmody, Daniel P Caropreso, Frank L Caropreso Jr, John D Carpenter, Javier Carranza, John J Carroll, Robert T Carroll, C D'Ann Carter, Jeffrey S Carter, Tony B Carter, William J Carter, Peter J Caruso, Roderick A Casey,James F Cash, Lori-Anne P Cash, Roberto A Casillas, G R Cason, Joseph B Castillo, Clinton E Castle, Cesar Castro, Henry L Castro, Nydia M Castro, Ricky F Castro, Rudy P Castro Jr, Bernice Caswell, Arthur H Cavada, David J Cavanaugh, Misty R Cedrun, Daniel E Cerar, Jesus G Cesena, Carlos Chacon, Mary M Champagne, John Chaney, Jose Chavez, Lynn Sue M Chavez, Mark A Chavez, Yezenia E Chavez, Blake A Cheary, Steve Chelby, Jonathan C Cheng, Jon P Cherski, Ramona M Chester, James H Chiles, Jeffrey W Chione, Robert Christano, Frank G Christensen, Raphael R Cimmarrusti, Dolores M Cirino, Brent E Cisneros, Robert Clanton, Dale L Clark, Gregory D Clark, James C Clark, John C Clark, Joseph A Clark, Raymond P Clark Sr, Robert D Clark, Robert D Clark, John R Cleavinger, Deborah A Clem, James H Clem, William L Clem, James R Clift, Michael A Clippinger, C J Cloniger, John Cochran Jr, Dennis F Coffer, Rex Cole Jr, Christopher P Collier, Kimberly A Collier, Garry Collins, James C Collins, James T Collins, Bernie T Colon, Luis M Colon, Victor S Colvin, Donald R Cone, Paul D Conley, Robert D Connaughy, Paul J Connelly, James W Connole, David Contreras, Sean R Conway, Lisa M Cook, Lloyd E Cook, Patrick J Cooley, Phil B Cooper, Noe F Cordero, Brian K Cornell, Jeannette L Cornell, Gary F Corner, Robert M Cornett, Henry D Corrales, John P Cortez, Jason M Costanza, Deborah A Costellessa, Carol V Council, Timothy S Coyle, Meghan R Cranston, Steven D Creighton, Chad E Crenshaw, Marco A Crisostomo, Clint J Crockett, Jerrilove Crockett, Tyrone H Crosby, Charles David Crow, Peter H Cruz Jr, Robert P Cruz, William L Cuddy III, Celso G Cueva, James P Culligan, Ralph A Cummings, David W Cupples, Christopher P Curran, Laurie J Curran, Fenella R Custer, Mariusz Czas, Joshua T DaFoe, Yeghish Dabbaghian, Denise F Dailey, Josephine I Dains, Scott W Daniels, Robert W Dare, Darby L Darrow, Robert W Daun, Lisa K Davies, Charles R Davis, Donald Chester Davis, Eric C Davis, Garry R Davis, John W Davis, Kelly R Davis, William T Davis Jr, Terri L Davis-Cole, Dean L Davison, Jerome Dawson, Colin O Day, Michael O Day, William J Day Jr, William G Day, Alexander De Armas, Charles De La Cruz, Susan M De La Pena, Deana E De Los Reyes, Romeo C De Los Reyes, Bruce C DeBord, Terence DeGelder, Jonathan M DeGuzman, John DeLoach, Jeffrey A Dean, Michael J Dean, Conrado V Decastro, Geoffrey S Decesari, Maria I Delgadillo, Raul Delgadillo, Roberto L Delgadillo, Constandinos A Delimitros, Gary Dennis, Jovanna R Derrough, Edward A Devowe, Alejandro Diaz, Derek D Diaz, James F Dickinson, Steve P Dickinson, John(Jack) R Didelot, Daniel W Dierdorff Jr, Jennifer E Dishon, Felicisimo M Dizon III, Roy J Doakes, Matthew W Dobbs, Dorinda K Dodd, Wayne R Doeden, Arthur D Doherty III, Donald J Dolezal Jr, James E Dollins, Dennis P Doremus, Jean M Doucette, Marianne L Dougherty, Ronald H Dougherty, David F Douglas, Samuel D Douglas, Stephen C Douglas, William Dovey, Robert Drew, Eric T

Drilling, Gregory T Drilling, Arthur W Dubois III, Brett A Dudley, Kevin C Duffy, John G Dunbar, David P Dunhoff, Mitchell L Dunhoff, Jeffrey Dunn, William Dunne, Anthony L Dupree, Joseph M Durand, Jovan D Durham, Paul Dyresen, Craig T Eastep, Donna Eastep, Wende M Eckard, Carl Ecklund, Joyce Edgar, Richard K Edgil, Elmer M Edwards, Frederick G Edwards, Michael J Edwards, Randal W Eichmann, Antoine N El-Assis, Roland H Elkins, Chad W Elliot, David W Elliot, Christopher J Ellis, Charles Ellison, Shari L Ellithorpe, William Ellithorpe Jr, Edwards M Elmer, Stan A Elmore, Darryl L Emerson, Hector J Emerson, Ernesto Encinas, Keith W Enerson, James D English, Richard D Ensign, Julie M Epperson, Steven S Epperson, Edward G Erbe, Manuel Escalante, Walter M Escobar, Irving A Escobedo, Christopher C Escudero, Marlon J Estepa, Garry Evans, Christopher D Everett, Robert C Fabregas, Christine M Farmer, Bill Farrar, Debra L Farrar, Michael W Farrell, Jay P Farrington, Donald L Fasching, Sue E Fasching, Timothy K Faubel, Paul J Fay, David L Felkins, Andrew L Felllows, Jeffrey M Fellows, Michael J Fender, Alejandro M Fernandez, Junar Fernandez, James D Filley, Robert G Filley, Robert D Finch, Rodney W Fischer, Lawanda M Fisher, Larry E Fixsen, Leonard Flake, Dale A Flamand, Michael F Flanagan, Gregory A Flood, Cal A Flores, Gilbert H Flores Jr, Miguel M Flores, Raul Flores, Riter J Flores, Steve T Flores, John F Flynn Jr, Roberta S Flynn, Anna M Ford, James M Ford, Kenneth A Ford, Mark E Foreman, Colin R Forsey, Kenneth N Fortier, Natalie F Fortier, Richard C Fortuna, Robert M Fowler, Richard A Fox, Alan R Fragoso, Phillip J Franchina, Reginald F Frank, John W Freitas, Brian S French, Kevin B French, William L Frew, Brian J Freymueller, Deborah A Freymueller, Kevin B Friedman, Aaron K Frodente, Hector E Fuentes, Marco A Fuentes, John P Fune, Andrea S Furst, Robert Furtak, Mark S Gain, Brandon T Gaines, William Dennis Gallagher, Andy Galloway, Gerry D Gapusan, Carlos A Garcia, David A Garcia, David D Garcia, Ivan Garcia., Linda E Garcia, Manuel M Garcia, Michelle H Garcia, Miguel A Garcia, Ralph J Garcia Jr, Richard Garcia, Ronald R Garcia, Justin C Garlow, David C Garren, Edwin R Garrette, George E Garvey, Larry D Gathright, Ryan P Gault, James R Gee, Paul B Geis, John P Gener, Frank A Gerbac, Frederick R Gerke, David K Gibson, Troy A Gibson, Federico F Gil, Robert I Gilbert, David N Gilligan, Cory E Gilmore, Casey D Gini, Ronald D Glass, Steven T Glasser, Dewayne F Glazewski II, Shannah W Glazewski, Loretta L Glick, Brian M Goldberg, James G Golembiewski, Gary L Gollehon, Edward R Gomez, Juan J Gomez, Gary S Gonzales, Juan R Gonzales, Jordi Gonzalez, Hilda Gonzalez-Reed, Gregg I Goodman, Derrel Goodner, Nancy E Goodrich, Michael V Gordon, Larry Gore, Scott T Gosnell, Michael J Gottfried, Charles M Graham, William Graham, Richard R Grano, James E Graves, Cedric J Green, Scott Y Greenwood, Christine A Gregg, Robert Gregorio, Jarvis J Gresham, Mary K Gressel, William T Griffin, Wayne Gritton, Eric Groeger, Michael Groff, Jeffrey G Gross, Perry J Grossmann, Daniel L Grubbs, Jennifer D Grubbs, Kurt L Grube, Martin T Guerra, Kenneth A Gundler, Brian Gustafson, Mike Gutierrez , Mark G Haas, John D Haeussinger, Brenda M Hairston, Gregory A Haisan, Michael A Haley, Daniel G Hall, David A Hall, Lawrence A Hall, Patrick S Hall, Ronald G Hall, Timothy C Hall, William Halley, Richard A Hansen, Mark D Hanten, Jerry P Hara, John J Harbeth, Corinne Hard, Kenneth S Hargrove, Joseph P Harper, Paul A Harris, Shannon W Hart, John F Hartman, Michael A Hartman, Mark Hartwell, J Aaron Harwick, Muhammad A Hassan, Michael R Hastings, Ramona R Hastings, Roger E Hatch, Daniel Hatfield, Daniel C Hattler, Robert J Hawkins, Heidi L Hawley, Robin L

Hayes, Alan J Hayward, George A Head, David M Headley, Kathleen F Healey, Kathleen F Healey, Michael S Healey, Jennifer P Hebdon, Robert T Heims, Patrick M Heller, Frederick J Helm III, Scott Henderson, Janice L Hendrickson, John S Hendrix, Robert C Hendrix, Randall T Henrizi, Matthew J Henry, Shaun P Henry, Michael Hentigan, James J Heppell, James F Hergenroeather, Crystal A Hernandez, Daniel Hernandez, Israel Hernandez, Manuel S Hernandez, Nestor Hernandez, Ruben C Hernandez, Victor M Herrera, Mark S Herring, Carlton R Hershman, Robert W Herzig, Larry R Hesselgesser Jr, Bryan W Hewitt, Byron E Hibshman, David A Hickey, Matthew P Hicks, Daniel J Higdon, Roger E Higgins Jr, Wade High, Steven F Higuera, Gary W Hill, Randall B Hill, Renee L Hill, Richard A Hinzo, Anne-Marie Hiskes, Steven G Hobbs, Diana L Hodges, Kenneth P Hodges Sr, Mark S Hodges, Thomas E Hoenes, Frank J Hoerman, Ken L Hofer, Lloyd J Hoff Jr, Andrew T Hoffman, David A Hoffman, David A Hoffman, George A Hoffman, Marc G Hoffman, Charles F Hogquist, Mike D Holden, Scott C Holden, Vanessa Holland, Elizabeth R Holliday, Stephen T Holliday, Stephen T Holliday, Larry D Holloway, Paul T Holman, William B Holmes, Richard E Holmstrom, Scott R Holslag, Christopher J Holt, Gregory M Hoolihan, Joel G Hoolihan, Perry L Hooper, Darryl A Hoover, William M Hoover, John P Horvath, William Hotchkiss, Robert W Hovey, John P Howard, Larry S Howell, Roger G Howes, Hector E Hoyte, Lester H Hubble, Kenneth L Hubbs, Phillips D Hubbs, Paul D Hubka, Charles M Hudgins, Edward T Hudson II, Dona Hufford, Ty L Hufford, Roy B Hulbert, James C Hunter, Suzanne D Huntington, Michael P Hurley, Robert A Hurt, David J Hustad, Steven Hutchinson, John J Huys, John D Iammarino, Kenneth E Impellizeri, David M Iorillo, Craig E Isbell, Pia A Iversen, Brian A Jackson, Corinne M Jackson, Danielle J Jackson, Robert F Jackson, Jay M Jacob, Jane E Jacobsen, William Jacobson, Todd T Jager, Jason S Jarrells, Lynda E Jarvis, Philip T Jarvis, Robert Jauregui, Thomas R Jauregui, David Jebb, Gregory A Jebb, Scott E Jedlicka, Richard Jenkins, Donna L Jennes, David E Jennings, John W Jillard, Alejandra D Jimenez, Daniel H Jimenez, Jerome O Joaquin, Grant M Jobe, Louis B Johns, Anthony K Johnson, Antonio D Johnson, Barry E Johnson, Buddy L Johnson II, Janine N Johnson, Jeffrey M Johnson, John A Johnson, Kelly J Johnson, Luke T Johnson, Matthew J Johnson, Richard L Johnson, Rodney C Johnson, Sarah A Johnson, Timothy D Johnson, Scott W Johnston, Bennie L Jolly, David H Jones, Edward V Jones Jr, James W Jones, Randal L Jones, Thomas R Jones, Jeffrey T Jordon, Marc E Jose, Thomas W Joy, Corey B Jung, Monica E Kaiser, Alan B Karsh, Daniel Karsh, Theodore M Kasinak, Edward E Kaszycki, George C Kathan, Charles Q Kaye, Todd V Kearns, Timothy J Keating, Brian L Keaton, Johnny F Keene Jr, David W Keesling, Paul N Keffer, Nicholas I Kelbaugh, William L Kellner, Pepper L Kelly, James Kennedy, Francis L Kenney, Donald C Kepner, Jacob E Kern, David R Kersch, Bruce E Kertson, Jason L Kessel, Mark L Keyser, Ronald L King, Stephen M Kingkade, Theresa L Kinney, Richard S Kirchhoff, Sandra Kirkendall, James B Kistner, Dale Kitts, William A Knight, Christopher L Knighten, Jack K Knish, Anna M Knuth, Phillip P Konz, Johni Kosugi, Thomas Kowalczyk, Franklin Kral Jr, Patricia R Krall, Cassie L Kramer, Gerry M Kramer, Denny K Kremer, Jerry L Kriebel II, David Kries, Michael L Kroesch, Calvin L Krosch, Joseph J Krouss, Richard G Krueger Jr, Nancy Kulinski, Edward P Kunold, James A Kurupas, Darrell D Kyler, Demetrios G Kyres, Howard A LaBore, Sandra L LaChapelle, Edmund J LaValle II, John G Labo, Carlos D Lacarra, Patrick Laco, Jose V Laguda, David Y Lamaku, Michael L Lambert, David L Landman, Bart M Lane, Terry A

Lange, Charles Lara, Ronald P Larmour, Christopher C Larson, Daniel P Lasher, Stephen J Laursen, Scott M Lawford, David J Lawlor, Gary A Lawrence, Nicholas L Lawry, Brooke P Lawson, Farrell K Layton, Vu A Le, Ronald W LeMaster, John B Leamons Jr, Gary Learn, James S Lee III, Tony C Lee, Gordon R Leek, William E Leffler, Sandi F Lehan, Larry W Leiber, Roberto G Lemus, Patrick A Lenhart, Paul R Lennon, Jorge R Leon, Michael A Leonard, Alberto H Leos, Brian J Leribeus, John Letteri, John B Levan, Randon E Levitt, Kazimierz P Lewak, Robert L Lewis, Robert A Lewis Jack T Lilly, Iledfonso Limon, Jaime Limon, Anthony J Linardi Jr, Lawrence J Lindstrom, Darrell K Little, James R Livesey, Robert Lobato, Henry L Lobel, Thomas E Loftin, James W Long, Timothy M Long, Gabriel A Lopez, Jesse W Lopez, Robert C Lopez, Gene C Loucks, Darrell L Loughrey, Cassie L Louret, Denis Love, Warren L Lovell, Arturo Lovio, Jonathan Lowe, Alfred Lozano, Brian P Lucchesi, Mark S Lucchesi, Christopher M Luce, Ernesto Luna, Christopher D Luth, Daniel D Luth, Charles D Lyall, Edward D Lynch, Patrick S Lynch, Edward A MacConaghy, Bertha MacTiernan, Albert B Macawili, Brett N Macfarlane, Andre D Mack, Peter Madrid, Louis J Maggi Jr, George N Maglaras, Richard Maler, David G Maley, Ronald A Manaigre, Bryan W Manning, Cory S Mapston, Charles D Marciniak, Mark A Marcos, Stephen G Margetts, Paul B Marino, Terry M Marquez, David R Marshall, Boris Martinez Jr, Chrissy L Martinez, Jeffrey S Martinez, Ruben C Martinez, Rudy Martinez, Phillip A Martz Jr, Brian Marvel, Michael Maschmeier, Dennis L Mason, Albert M Massey, Christian W Mathews, Fred A Mathews Kathleen M Mauzy, Ralph C Mauzy, Ralph H Mauzy, Melvin D Maxwell, Roger W McCarvel, Terry L McClain, Michael C McCollough, Mark F McCullough, Benjamin I McCurry, Allen C McDonald, Robert R McDonald, Adam L McElroy, Guy McElroy, Sharon A McFalls, James R McGhee, John T McGill, Laura L McGowan-Minto, Ed M McGuire, Perry L McIvor, Billy L McKinney, Patrick J McLarney, Scott D McLellan, Michael D McLeod, Jerome R McManus, Robert McManus, Steve L McMillan, Joel R McMurrin, Sharon K McNair, Kevin D McNamara, Roger D McNeill, Robert M McQuien, Benjamin E Medina, Carlos E Medina, Robert N Meisner, Maura J Mekenas-Parga, Skip A Melhorn, Jerry Meloche, Jose M Mendez, Michael J Mendez, Kerry A Mensior, Jose L Mercado, Rudolph S Merhar, Leslie C Merrill, Richard D Metz Jr, Robert W Metz, Cindy L Meyer, Daniel Meyer, David R Michalek, Debra S Michalek, Mark A Michel, Carmi D Miles, William H Miles, David W Miller, Derek T Miller, Douglas D Miller, Jeffrey L Miller, Michael S Miller Sr, Thomas P Miller III, Catherine D Millett, Andrew G Mills, Jerald E Mills, Julie R Mills, Peter R Mills, Theodis B Mims, John W Minto III, Robert D Minton, Nicholas R Minx, Ameilia L Mitcalf, David L Mitchell, Gary E Mitrovich, Richard A Moberly, Michael J Mobley, Frederick C Moeller, Joseph W Molinoski, Michael A Moller, Gary F Mondesir, Charles M Montierth, Diann M Moody, Jerry Moody, Roy D Moody, Brian D Moore, Donald Z Moore, Holly A Moore, James G Moore, Robert Mora, Eric T Morales, Miguel P Morales, Peter A Morales, Ray A Morales, Michael S Moran, Anthony R Morasco, Larry A Moratto, Victor J Morel, Mario Moreno, David L Morris, Cynthia M Morrison, James D Morrison, Scott A Morrison, Jay V Moser, Jacob R Mosteller, David A Moya, Kevin B Moyna, Gregory R Mrvich, John Mullen, Eric B Mumma, Galen L Munholand, Cynthia L Munoz, Juan M Munoz, Kelene Munro, George T Muren, Edward D Murphy II, Sean H Murphy, William P Murphy, Gregory J Myers, Craig L Myrom, Steve W Nakanishi, Scott D Naliboff, Jeffrey T Napier, Raymond A Natal, Angelica

Navarro-Moran, James H Needham, Adrian Negron, Richard B Nehrich, Kenneth E Nelson, Stephanie Nemec, William M Nemec, Richard E Nemetz, Timothy G Neuhaus, Sharon S Newberry, Ronald G Newman, Robert L Newquist, Alexander Nezgodinsky, Alan M Nicholas, Jeffrey R Nichols, Ronald W Nichols, Robert J Nicklo, Michael C Nigro, Gordon R Nikkola, Gilbert L Ninness, David S Nisleit, Randall L Nisleit, Robert H Nobbs, Patrick D Norris, Timothy G Norris, Lee V Norton, Regina Y Norton, Matthew E Novak, Edward Garrick Nugent Jr, Thomas K O'Connell, Anne O'Dell, Bradley M. O'Donnell, Robert E O'Donnell, Richard M O'Hanlon, James F O'Neill, Michael T O'Neill, Christopher D O'Quinn, George M O'Rourke, Thomas A Odaniell, Jay R Odom, Taerance Oh, Gene F Oliver, Harold J Oliver Jr, Rene C Oliver, Louis J Oliveri, Barney C Olson III, Gregory J Olson, Shelly K Olson, Jason P Omundson, Sandra S Oplinger, Thomas A Orden, Arden K Ordille, Danny A Orduno, Lee A Orsino, William T Orvosh, Michael W Ott, Jerry B Owens Jr, Troy P Owens Sr, Michael A Pace, Ronald W Pace, Thomas R Packer, Michael A. Padgett, Javier Padilla, Raul R Padilla, Denise R Page, Billy Papenhausen, Nori T Pappert, Frederick Parenti, Michael L Parga, Richard C Parpart, Richard A Parrella, Kevin S Patrick, Melissa M Pavlenko, Pamela G Paxton, Paul E Paxton, Thomas J Payne, Jack R Pearson, Charles J Peck III, Janice Peck, Anthony M Pellegrino, Gail A Pembleton, Vanthoeun Pen, Arthur A Perea, Jennifer L Perea, Jesus G Perea, Efren Peregrina, Jose P Perez, Marco L Perez, Curtis E Perkins, Richard Perkins Jeffrey P Peterson, Robert M Peterson, Vernon J Peterson, Edward K Petrick, Duane E Pettitt, Heather J Petty, David V Pham, Bradley L Phelps, Ellsworth C Philip, Bernie A Piceno, Scott M Pickard, Douglas L Pickett, E Michael Pidgeon, Ernest J Pierce, Kevin W Pierce, Greg A Pinarelli, Ernesto Pinedo Jr, John R Piner, Carl P Pira, Joshua R Pittsley, Marc A Pittsley, Dan R Plein, Eric L Pollom, Marcelo Populin, Lance E Pound, Ricky L Powell, Jason L Powers, Christopher M Poznanski, Wayne J Pratt, Michael L Pridemore, Seliza Prodigalidad, Bob T Prutzman, Michael J Prutzman, Duane D Pudgil, Antonio C Puente, Jesus W Puente, Bretton J Punches, Dalana S Pursel, John A Queen, Colleen L Quentin-King, Tasha K Quest, May B Quintanilla, Yesenia P Quintos, Chris J Raagas, Michael J Rabell, Ronald W Raddetz, Fernando Ramirez, Jose L Ramos, Joseph A Ramos, Minerva Ramos, Ralph Ramos, Marcus Ramsey, Sandra I Rapalee, Kevin C Rausis, Carlos R Real, Robert M Redding Jr, Dwight P Reece, Kaaren Reed, Roy E Reed, Anthony Reese Jr, Craig R Reesor, Susan Regalia, Richard H Reichner II, John J Reif, Ed Reitz, Wendy S Reno, James H Renwick, Jacob M Resch, R Clifford Resch, Robert L Rex, Rodolfo V Reyes, Thomas M Rhodes, Rolanda M Ricardez, Phillip H Rice IV, Ronald L Rice, Benda T Richmond, Ward A Rickman, Julian M Rico, Steven L Riddle, Darin J Ries, Bret A Righthouse, Susan M Righthouse, Andres H Rios, Bill Ritter, Ricardo M Rivas, Carmelin Rivera, Francisco Rivera, Juan Rivera III, Maria D Rivera, Gary V Rivers, Thomas A Rizzo, Bryan A Roberts, Larry J Robertson II, Todd J Robertson, Kim M Robinson, Steve R Robinson, Jason P Rocha, Ana B Rodriguez, Elias Rodriguez, Jaime R Rodriguez, Louis A Rodriguez, Manuel . Rodriguez, Ramiro O Rodriguez, Gary A Roesink, Bobby D Rollins, Daniel G Roman, Luis A Roman, Mario I Romano, Fausto W Romero, Carlos Ronquillo, David L Root, Paul R Rorrison, Jorge A Rosales, Angel D Rosario, Miguel Rosario, Patrick H Rose, Stephanie J Rose, Edward L Rosenbloom, Steven M Rosenbloom, Samuel P Ross, Matthew S Roth, Richard W Rothe, Raymond H Rowe Jr, Angela N Rozsa, Lamar J Rozsa Jr, Michael Rubio, Jeffrey R Ruckle, Robert S Rude, Brad D Ruff, Renee D Ruff,

Patrick A Ruffner, Richard L Rundberg, John S Russell, Joseph L Ruvido James W Ryan, Lynn D Rydalch, Ivan A Sablan, Artemis D Sadlier, Richard T Sadlier, Mariam Sadri, John J Saflar, Lem Sainsanoy, Paul H Salas, Jeffrey Salinas, Alfonso Salvatierra, Alan J Samuelson Jorge Sanchez, Juan Sanchez, Scott A Santagata, William J Santarsiero, Edwin Santiago, Laura J Santiago, Alejandrino C Santos III, Tito L Santos, Christopher M Sarot, Dennis Savage, Jade R Sawyer, Jason A Scally, Cody K Schaaf, Jack D Schaeffer, Michael J Schaldach, Margaret M Schaufelberger, Robert M Schenkelberg, Glen R Scherer, Cheryl J Schlack, Joel A Schmid, Tristan T Schmottlach, Phillip E Schneider, Steve D Schnick, James C Schorr, Joseph W Schwalbach, Paul W Schwenn, Jason A Scott, Eric P Seiter, Thomas G Seiver, Shawna L Selby, Lloyd A Sentinella, Ed Sergott, Ernesto Servin, Robert C Shands, Patrick J Shanley, Arthur H Shannon, Christian T Sharp, Marvin L Shaw, Steven M Shaw, Raymond A Shay, Stephen Shebloski, Daniel K Shepherd, Matthew J Sherard, Damon E Sherman, Mark G Sherman, Michael S Shiraishi, Scott W Shively, Jim Shivley, Dale T Shockley Sr, Daniel L Shore, Benjamin S Shumaker, Amalia K Sidhu, Jesse D Simeroth, John W Simms, Thomas G Simonds, Robert E Simpson, Lori A Sinclair, Randall J Skinn, Steven ESkinner, Charles A Sleeper, Allen T Sluss, George D Smith, James Smith, James F Smith, John C Smith, Joseph Smith, Larry H Smith, Paul R Smith Sr, Robert W Smith, Russell Smith, Timothy M Smith, William T Smith, Sandra P Smullen, Daniel J Smyth, Sharon M Smyth, Joseph G Snarponis, Robert W Snead, Ronald W Snow, Jerrilyn D Sober, Cesar A Solis, David L Soliven, Andrew Sorbie, Brandy A Sorbie, Mark T Soulia, Gina M Spadacini, Andrew J Spagnolo, Anthony J Spagnolo, Andrew E Spear, David P Speck, Edwin P Speer, Wayne R Spees, Howard W Spetter, Scott C Spillane, David E Spitzer, Michael L Stacy, John Stadler, David W Stafford Jr, Eric A Stafford, Leroy Staley, Thomas Staley Daniel Stanley, Melvin D Stanley, Philip J Stanley, Steven Staton, John M Steffen, Joseph R Steffen, Neal A Steffen, Blair A Stephens, Marc A Stephens, Norman O Stephens, Jeffrey J Sterling, Cyndi F Stetson, William S Stetson , Gary G Stewart, James A Stewart, Kenneth P Stewart, Leslie W Stewart, Elliot S Stiasny, Robert F Stinson, Robert G Stites, Natalie A Stone, Ross E Stone, Roger A Stonier Jr, Jerry G Stratton, John J Stricklin, Daniel T Stuber, Spencer E Sturm, William F Stutz, Patrick L Sullivan, Thomas A Sullivan, Robert R Summers, Valari C Summers, Colonel F Surratt, David M Surwilo, Aleksei E Sviridov, Bernard Swaim, Michael J Swanson, Christopher J Swavely, William S Sweeney, Michael A Sweet, James Sweetser, Jeffrey D Swett, John E Szakara, Charles M Szymczak, Brian J Szymonik, Esmeralda Tagaban, Rudolph G Tai Jr, William D Taitano, Malacha L Tallman, Mark A Tallman, Louis A Tamagni, Michael T Tansey, John H Tate, Dana D Taylor, James T Teer, Victor J Tejeda, Karen Anne Tenney, Philip J Terhaar, Tobia J Terranova, Marvin E Terry, Christopher M Tews, Alvin Thach, George R Thomas III, Joseph I.T Thomas, Joycelyn S Thomas, Scott A Thompson, Frank L Thornquest, Janice M Thornquest, Freddie B Thornton Jr., Paul Thorton, Johanna M Thrasher, Linda H Tibbetts, Lee D Timmerman, Christopher N Tivanian, Paul W Tom, Gary Tompkins, Daniel D Toneck, Richard Toneck, Terence N Torgersen, Francisco J Torres, Linda L Tousley, Merrit M Townsend, Scott A Townsend, John M Tracy, John A Trent, Larry D Triplett Jr, Ernie Trumper, Dominick S Tubolino, Richard Tulley, James F Tulumello, Carmelo Tuzza, Simon V Ty, Kimberly K Ukuzato-Easto, Thomas G Underwood, Bernard P Updike Jr, Michael D Usrey, Dominic L Valaile, Janis E Valencia, Edwin Valentin, Ramon Valentin, Wendy J Valentin, Louis E Valenzuela,

Jimmy I Valle, Mark A Van Abel, Janine A Van Antwerp, Ron W Van Cleave, Dale Van Horn, Edward F Van Laningham, Robert J Van Wulven, Rodney L Vandiver, George Varela, Michael E Vargas, James G Varonfakis, Kevin G Vasquez, Linda G Vasquez, Danny Vega, Sylvia A Vella, Christopher M Velovich, Michelle R Velovich, Kenneth J Verdone, Edward M Verduzco, Max G Verduzco, Richard Vergara, Daniel R Vile, Steven D Villalobos, Patrick T Vinson, Robert Vittek, John B Vivoli, Timonthy W Vollmar, Duane A Voss, Gary R Voss, Gerard M Waclawek, Sylvester Wade Jr, Kevin L Wadhams, Joseph T Waggaman, Elyse S Wagner, Gaye D Wagner, Thomas Wagner, Michael D Wahl, Kristopher M Walb, Curtis J Waldecker, Steven R Waldheim, David R Walker, Daniel K Wall, Mitchell B Wallace, Gregory H Walton, Deanna M Warrick, Sean J Waterman, Donald E Watkins, Mark S Watkins, Victoria D Watkins, Dean C Way, Matthew E Weathersby, Sedonia B Weathersby, Ross M Weaver, Dianna M Webb, Michael J Webb, Stephen E Webb, Carl W Weber III, Elizabeth D Weber, Larry W Weeden, Jordan V Wells, Robert D Wells, Diane Wendell, Donna M Wescott, David A West, Daniel B Westney, Teofilo Weston, Peter J Westrick, Raymond J Wetzel, Scott K White, David L Whitfield, Margaret J Wiegand-Pierce, Jonathan D Wiese, Jerry E Wiggins, Larry J Wilkins, Scott S Wilkinson, Mark A Willhelm, Alphonso Williams, Brent L Williams, Darrell L Williams, David W Williams, Donald C Williams, Donna L Williams, Garrett N Williams, Howard C Williams Jr, James Williams, Michael R Williams, Michael S Williams, Michael D Williams, Robert W Williams, Timothy R Williams, Tina M Williams, Darryl L Willis, Jeff D Willkomm, Robert E Wills, Dan M Wilson, Frank H Wilson, Lawrence E Wilson, David J Winans, Eric A Wiseman, Dawn E Wolfe, Karin D Wong, Kevin G Wong, Thomas A Wood, Steven M Woodrow, Judith L Woods, William H Woods IV, David Worden, John M Wray, Jeffrey J Wuehler, Michael V Yaptangco, Rufino Yaptangco, Winston Yetta, George A Youkhanna, Adam G Young, Bryan V Young, John R Young , Mathew T Zaitz, Steven S Zasueta, Felix Zavala, Angela M Zdunich, Jason P Zdunich, Matthew T Zdunich, Anthony Zeljeznjak, Monica Zepeda, Timothy P Zetterlund, Evan B Ziegler, Jeffrey P Ziegler, Shelley J Zimmerman, Hans S Zingheim, James A Zirpolo, Laura M Zizzo, Louis M Zizzo Edward M Zwibel, Jamal X y III,

Plaintiffs

v.

Michael Aguirre, City of San Diego City Employees, *San Diego City Employees' Retirement System*, Scott Peters, Jim Madaffer, Ralph Inzunza, Toni Atkins, Tony Young, Brian Maienschein, Donna Frye, Michael Zucchet, Harry Mathis, Byron Wear, Christine Kehoe, George Stevens, Barbara Warden, Valerie Stallings, Judy McCarty, Juan Vargas, Cathy Lexin, Mary Vattimo, Terri Webster, Ed Ryan, P Lamont Ewell, Michael Uberuaga, Jack McGrory, Bruce Herring, KPMG LLP, *a U.S. limited liability*, KPMG, *a business form unknown*, Does, *Doe one through 100, inclusive*, San Diego City Employees' Retirement System

Defendants

UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: USCA No:**
**USDC No: 06cv1451-H-POR**
**Aaron et al v. Aguirre et al**

Please note: There is a related appeal. A Notice of Appeal for certain plaintiffs was filed in the USDC on 10/1/2008 and forwarded to the USCA on 10/3/2008.

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| x | Copy of the Notice of Appeal | | | x | | Docket Entries (abbreviated version) | |
| x | Case Information/Docket Fee Payment Notification Form | | | | | | |
| | Order for Time Schedule (Criminal) | | | | | | |
| | Original Clerk's Record in | | | | set(s) of | | volume(s). |
| | Reporter's transcripts in | | | | set(s) of | | volume(s). |
| | Exhibits in | | envelope(s) | | box(es) | | folders(s) |
| x | Judgement Order | | | | | F/P Order | |
| | CJA Form 20 | | | | | Minute Order | |
| | Certificate of Record | | | | | Mandate Return | |
| | Magistrate Judge's Report and Recommendation | | | | | | |
| | COA Order | | | | | | |
| | Amended docket fee notification form | | | | | | |
| | Order Appointing Counsel for Appeal | | | | | | |
| x | ORDER Granting Defendants' Motions for Summary Judgment with Respect to Plaintiffs' Federal Claims and Dismissing Without Prejudice Plaintiffs' State Claims, entered 9/3/2008. Document received from Appellant: Representation Statement (original plus copy) | | | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 10/6/2008

By: A Rowland
Angela Rowland, **Deputy**